# FILED

JUN 1 0 2003

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
JUN 1 1 2003

| | |
|---|---|
| THE PROCTER & GAMBLE COMPANY, ANHEUSER-BUSCH COMPANIES, INC., BAXTER HEALTHCARE CORPORATION, BERRY PACKAGING, INC., BERRY PACKAGING OF SOUTH CAROLINA, BERRY PLASTICS CORPORATION, CAMPBELL SOUP COMPANY, CARDINAL HEALTH 200, INC., CHIQUITA BRANDS INTERNATIONAL, INC., CHOCTAW MAID FARMS, INC., THE CLOROX COMPANY, THE COCA-COLA COMPANY, COCA-COLA ENTERPRISES INC., COLGATE-PALMOLIVE COMPANY, CONTIGROUP COMPANIES, INC., COORS BREWING COMPANY, DAIRY FARMERS OF AMERICA, INC., DOLE FOOD COMPANY, INC., DOMINO'S PIZZA LLC, EASTERN BLOCK, INCORPORATED, E.I. DU PONT DE NEMOURS & COMPANY, EVEREADY BATTERY COMPANY, INC., FAC ACQUISITION, LLC, FARMLAND FOODS, INC., FARMLAND NATIONAL BEEF PACKING COMPANY, L.P., FOSTER POULTRY FARMS, INC., GENERAL MILLS, INC., GEORGE'S, INC., HALLMARK CARDS, INCORPORATED, HIGHLAND-EXCHANGE SERVICE COOPERATIVE, H.J. HEINZ COMPANY, KRAFT FOODS NORTH AMERICA, INC., LAND O'LAKES, INC., LORILLARD TOBACCO COMPANY, MALT-O-MEAL COMPANY, MATTEL, INC., MEDLINE INDUSTRIES, INC., MILLER BREWING COMPANY, MOARK, LLC, NESTLE USA, INC., NESTLE PURINA PETCARE COMPANY, NESTLE USA – PREPARED FOODS DIVISION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |

1818124 v1; Y_JW01I.DOC

1-1

INC., NESTLE WATERS NORTH AMERICA,          )
NEWELL RUBBERMAID, INC., OK FOODS,          )
INC., PAPA JOHN'S INTERNATIONAL, INC.,      )
PEPSICO, INC., PHILIPS ELECTRONICS          )
NORTH AMERICA CORPORATION,                  )
PILGRIM'S PRIDE CORPORATION, PREMIUM        )
STANDARD FARMS, INCORPORATED,               )
PURINA MILLS, LLC, RALCORP HOLDINGS,        )
INC., RICH PRODUCTS CORPORATION,            )
SCHREIBER FOODS, INC., SEABOARD             )
CORPORATION, THE SHERWIN-WILLIAMS           )
COMPANY, SIMMONS FOODS, INC.,               )
SMITHKLINE BEECHAM CORPORATION              )
D/B/A GLAXOSMITHKLINE, STEPAN               )
COMPANY, TYSON FOODS, INC., WELCH           )
FOODS INC., A COOPERATIVE, WESTPOINT        )
STEVENS INC., XEROX CORPORATION, AND        )
YUM! BRANDS, INC., AND SUBSIDIARIES         )
AND AFFILIATES LISTED ON ATTACHMENT         )
A,                                          )
                    PLAINTIFFS,             )
           v.                               )
                                            )
STONE CONTAINER CORP., JEFFERSON            )
SMURFIT CORP., SMURFIT-STONE                )
CONTAINER CORP., INTERNATIONAL              )
PAPER CO., GEORGIA-PACIFIC CORP.,           )
WEYERHAEUSER PAPER CO.,                     )
TEMPLE-INLAND INC., GAYLORD                 )
CONTAINER CORP., UNION CAMP CORP.,          )
SIMPSON TACOMA KRAFT CO., TENNECO,          )
INC., TENNECO PACKAGING, AND                )
PACKAGING CORPORATION OF                    )
AMERICA,                                    )
                    DEFENDANTS.             )

## COMPLAINT

## JURY TRIAL DEMANDED

Plaintiffs The Procter & Gamble Company, Anheuser-Busch Companies, Inc.,

2

Baxter Healthcare Corporation, Berry Packaging, Inc., Berry Packaging of South Carolina, Berry Plastics Corporation, Campbell Soup Company, Cardinal Health 200, Inc., Chiquita Brands International, Inc., Choctaw Maid Farms, Inc., The Clorox Company, The Coca-Cola Company, Coca-Cola Enterprises Inc., Colgate-Palmolive Company, ContiGroup Companies, Inc., Coors Brewing Company, Dairy Farmers of America, Inc., Dole Food Company, Inc., Domino's Pizza LLC, Eastern Block, Incorporated, E.I. du Pont de Nemours & Company, Eveready Battery Company, Inc., FAC Acquisition, LLC, Farmland Foods, Inc., Farmland National Beef Packing Company, L.P. , Foster Poultry Farms, Inc., General Mills, Inc., George's, Inc., Hallmark Cards, Incorporated, Highland-Exchange Service Cooperative, H.J. Heinz Company, Kraft Foods North America, Inc., Land O'Lakes, Inc., Lorillard Tobacco Company, Malt-O-Meal Company, Mattel, Inc., Medline Industries, Inc., Miller Brewing Company, Moark, LLC, Nestle USA, Inc., Nestle Purina PetCare Company, Nestle USA – Prepared Foods Division, Inc., Nestle Waters North America, Newell Rubbermaid, Inc., OK Foods, Inc., Papa John's International, Inc., PepsiCo, Inc., Philips Electronics North America Corporation, Pilgrim's Pride Corporation, Premium Standard Farms, Incorporated, Purina Mills, LLC, Ralcorp Holdings, Inc., Rich Products Corporation, Schreiber Foods, Inc., Seaboard Corporation, The Sherwin-Williams Company, Simmons Foods, Inc., SmithKline Beecham Corporation d/b/a GlaxoSmithKline, Stepan Company, Tyson Foods, Inc., Welch Foods Inc., A Cooperative, WestPoint Stevens Inc., Xerox Corporation, and Yum! Brands, Inc., and their respective affiliates, subsidiaries and predecessors-in-interest as listed on Attachment A, bring this civil action against the foregoing defendants for injunctive relief and treble damages arising out of defendants' violations of the antitrust laws of the United States, and demand a jury trial

1818124 v1; Y_JW01I.DOC

pursuant to Rule 38 of the Federal Rules of Civil Procedure and allege the following:

## NATURE OF THE CASE

1. Plaintiffs and/or their subsidiaries, parents, affiliates, and predecessors -in-interest (collectively "Plaintiffs") are major purchasers of corrugated containers and, in some cases, sheets (hereinafter referred to as "corrugated material").

2. Plaintiffs were members of two certified classes of purchasers of corrugated material on whose behalf a series of actions were initiated starting in June 1998. Those actions have been consolidated for pretrial purposes by the Judicial Panel on Multidistrict Litigation in the Eastern District of Pennsylvania in In re Linerboard Antitrust Litigation, MDL Docket No. 1261. On September 4, 2001, the Eastern District of Pennsylvania granted each class' motion for certification and certified a Box Class and Sheet Class, 203 F.R.D. 197, aff'd, 305 F.3d 145 (3d Cir. 2002), cert. denied, 2003 U.S. LEXIS 2960 (April 21, 2003). On April 24, 2003, the Notice of Class Action Determination, Proposed Partial Settlement and Final Approval was issued. Pursuant to the Notice, on June 9, 2003, Plaintiffs requested exclusion from the certified classes.

3. This antitrust action arises out of a combination and conspiracy among Defendants and their co-conspirators to, inter alia, fix, raise, maintain and stabilize the prices at which corrugated material was sold in the United States and elsewhere from at least mid-1993 and continuing through at least November 1995, the exact dates being unknown to Plaintiffs. In furtherance of their unlawful combination and conspiracy, Defendants agreed to reduce the inventory supply of linerboard through, among other things, coordinated and sequenced downtime at their respective linerboard manufacturing facilities. In addition, Defendants combined and conspired to fix the prices of corrugated material through a series of agreed price increases of linerboard.

4

Because of the continuous unlawful conduct of the Defendants in the United States, including within this District, and elsewhere, Plaintiffs paid artificially inflated prices for corrugated material that they purchased from Defendants from at least October 1993 until at least February 1997 ("the relevant period").

JURISDICTION AND VENUE

4. This Complaint is filed and these proceedings are instituted under Sections 4 and 16 of the Clayton Act (15 U.S.C. §§15, 26) to obtain injunctive relief and to recover treble damages and the costs of suit, including reasonable attorneys' fees, against Defendants for the injuries sustained by Plaintiffs by reason of Defendants' and their co-conspirators' violations of Section 1 of the Sherman Act (15 U.S.C. § 1).

5. This Court has subject matter jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1337, as well as under Sections 4 and 16 of the Clayton Act (15 U.S.C. §§ 15(a), 26).

6. Each Defendant maintains an office or agent, transacts business or is found within the Northern District of Illinois, and each Defendant is within the jurisdiction of this Court for purposes of service. The interstate commerce described in this complaint was carried out, in part, within the Northern District of Illinois. Defendants performed unlawful acts in furtherance of their unlawful combination and conspiracy within the Northern District of Illinois and elsewhere that were intended to affect and did affect Plaintiffs and others located within the Northern District of Illinois. This action may be brought in this District pursuant to Sections 4 and 12 of the Clayton Act (U.S.C. §§ 15, 22) and 28 U.S.C. § 1391. Personal jurisdiction exists over all Defendants pursuant to Section 12 of the Clayton Act (15 U.S.C. §22) and the Illinois Long-Arm Statute (735 ILCS §5/2-209).

1818124 v1; Y_JW01I.DOC

## PLAINTIFFS

7. Plaintiff The Procter & Gamble Company is a corporation organized under the laws of the state of Ohio with its principal place of business in Cincinnati, Ohio. The Procter & Gamble Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Procter & Gamble"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

8. Plaintiff Anheuser-Busch Companies, Inc. is a Delaware corporation with its principal place of business in St. Louis, Missouri. Anheuser-Busch, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Anheuser-Busch"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

9. Plaintiff Baxter Healthcare Corporation is a Delaware corporation with its principal place of business in Deerfield, Illinois. Baxter Healthcare Corporation and its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Baxter") purchased substantial quantities of corrugated material from one or more of the Defendants in Illinois, and specifically within the Northern District, during the relevant period and was injured by Defendants' antitrust violations alleged herein.

10. Plaintiff Berry Packaging, Inc. is a Florida corporation with its principal place of business in Tampa, Florida. Plaintiff Berry Packaging of South Carolina is a South Carolina corporation with its principal places of business in Spartanburg, South Carolina. Berry Packaging, Inc. and Berry Packaging of South Carolina, including their subsidiaries, affiliates, predecessors-in-interest, and assigns (collectively "Berry Packaging"), purchased substantial quantities of corrugated material from one or more

of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

11. Plaintiff Berry Plastics Corporation is a Delaware corporation with its principal place of business in Evansville, Indiana. Berry Plastics Corporation, including its subsidiaries, affiliates, predecessors-in-interest, assigns and predecessors-in-interest of its subsidiaries (collectively "Berry Plastics"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

12. Plaintiff Campbell Soup Company is a New Jersey corporation with its principal place of business in Camden, New Jersey. Campbell Soup Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Campbell"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

13. Plaintiff Cardinal Health 200, Inc. is a Delaware corporation with its principal place of business in McGaw Park, Illinois. Cardinal Health 200, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Cardinal Health"), purchased substantial quantities of corrugated material from one or more of the Defendants in Illinois, and specifically within the Northern District, during the relevant period and was injured by Defendants' antitrust violations alleged herein.

14. Plaintiff Chiquita Brands International, Inc. is a New Jersey corporation with its principal place of business in Cincinnati, Ohio. Chiquita Brands International, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Chiquita"), purchased substantial quantities of corrugated material from

1618124 v1; Y_JW01!.DOC

one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

15. Plaintiff Choctaw Maid Farms, Inc. is a Mississippi corporation with its principal place of business in Carthage, Mississippi. Choctaw Maid Farms, Inc., including its subsidiaries, affiliates, predecessors-in-interest, assigns and predecessors-in-interest of its subsidiaries (collectively "Choctaw Maid Farms"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

16. Plaintiff The Clorox Company is a Delaware corporation with its principal place of business in Oakland, California. The Clorox Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Clorox"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

17. Plaintiff The Coca-Cola Company is a Delaware corporation with its principal place of business in Atlanta, Georgia. The Coca-Cola Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "The Coca-Cola Company") purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

18. Plaintiff Coca-Cola Enterprises Inc. is a Delaware corporation with its principal place of business in Atlanta, Georgia. Coca-Cola Enterprises Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Coca-Cola

1618124 v1: Y_JW01I.DOC

Enterprises"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

19. Plaintiff Colgate-Palmolive Company is a Delaware corporation with its principal place of business in New York, New York. Plaintiff Colgate-Palmolive Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Colgate"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

20. Plaintiff ContiGroup Companies, Inc., formerly known as Continental Grain Company, Inc., is a Delaware corporation with its principal place of business in New York, New York. ContiGroup Companies, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "ContiGroup"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

21. Plaintiff Coors Brewing Company is a Colorado corporation with its principal place of business in Golden, Colorado. Coors Brewing Company, including its parent, subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Coors"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

22. Plaintiff Dairy Farmers of America, Inc. is a Kansas cooperative marketing association with its principal place of business in Kansas City, Missouri.

1818124 v1; Y_JW01!.DOC

Dairy Farmers of America, Inc., including selected subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Dairy Farmers"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

23. Plaintiff Dole Food Company, Inc. is a Delaware corporation with its principal place of business in Westlake Village, California. Dole Food Company, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Dole"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

24. Plaintiff Domino's Pizza LLC is a Michigan limited liability company with its principal place of business in Ann Arbor, Michigan. Domino's Pizza LLC, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Domino's Pizza"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

25. Plaintiff Eastern Block, Incorporated is a Delaware corporation with its principal place of business in Hendersonville, North Carolina. Eastern Block, Incorporated, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Eastern Block"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

26. Plaintiff E.I. du Pont de Nemours & Company is a Delaware corporation with its principal place of business in Wilmington, Delaware. E.I. du Pont de Nemours

1616124 v1; Y_JW01!.DOC

& Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "DuPont"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

27. Plaintiff Eveready Battery Company, Inc. is a Missouri corporation with its principal place of business in St. Louis, Missouri. Eveready Battery Company, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Eveready"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

28. Plaintiff FAC Acquisition, LLC is a limited liability Delaware corporation with its principal place of business in Minnetonka, Minnesota. FAC Acquisition, LLC, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "FAC"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

29. Plaintiff Farmland Foods, Inc. is a Kansas corporation with its principal place of business in Kansas City, Missouri. Farmland Foods, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Farmland"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

30. Farmland National Beef Packing Company, L.P. is a Kansas corporation with its principal place of business in Kansas City, Missouri. Farmland National Beef

11

Packing Company, L.P., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Farmland Beef Packing"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

31. Plaintiff Foster Poultry Farms, Inc. is a California corporation with its principal place of business in Livingston, California. Foster Poultry Farms, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Foster Farms"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

32. Plaintiff General Mills, Inc. is a Delaware corporation with its principal place of business in Minneapolis, Minnesota. General Mills, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "General Mills"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

33. Plaintiff George's, Inc. is an Arkansas corporation with its principal places of business in Springdale, Arkansas. George's, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "George's"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

34. Plaintiff Hallmark Cards, Incorporated is a Missouri corporation with its principal place of business in Kansas City, Missouri. Hallmark Cards Incorporated,

1616124 v1; Y_JW01!.DOC

including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Hallmark"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

35. Plaintiff Highland-Exchange Service Cooperative is a Florida corporation with its principal place of businesses in Waverly, Florida. Highland-Exchange Service Cooperative, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "HESCO"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

36. Plaintiff H.J. Heinz Company is a Pennsylvania corporation with its principal place of business in Pittsburgh, Pennsylvania. H.J. Heinz Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Heinz"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

37. Plaintiff Kraft Foods North America, Inc. is a Delaware corporation with its principal place of business in Northfield, Illinois. Kraft Foods North America, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Kraft"), purchased substantial quantities of corrugated material from one or more of the Defendants in Illinois, and specifically within the Northern District, during the relevant period and was injured by Defendants' antitrust violations alleged herein.

38. Plaintiff Land O'Lakes, Inc. is a Minnesota corporation with its principal place of business in Arden Hills, Minnesota. Land O'Lakes, Inc., including certain of its

13

1818124 v1; Y_JW01I.DOC

subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Land O'Lakes"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

39. Plaintiff Lorillard Tobacco Company is a Delaware corporation with its principal place of business in Greensboro, North Carolina. Lorillard Tobacco Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Lorillard"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

40. Plaintiff Malt-O-Meal Company is a Minnesota corporation with its principal place of business in Northfield, Minnesota. Malt-O-Meal Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Malt-O-Meal"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

41. Plaintiff Mattel, Inc. is a Delaware corporation with its principal place of business in El Segundo, California. Mattel, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Mattel"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

42. Plaintiff Medline Industries, Inc. is an Illinois corporation with its principal place of business in Mundelein, Illinois. Medline Industries, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Medline"),

14

purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

43. Plaintiff Miller Brewing Company is a Wisconsin corporation with its principal place of business in Milwaukee, Wisconsin. Miller Brewing Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Miller Brewing"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

44. Plaintiff Moark, LLC is a Missouri Limited Liability Company with its principal place of business in Carthage, Missouri. Morak, LLC, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Moark"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

45. Plaintiff Nestle USA, Inc. is a California corporation with its principal place of business in Glendale, California. Nestle USA, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Nestle"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

46. Plaintiff Nestle Purina PetCare Company, formerly Ralston Purina Company, is a Missouri corporation with its principal place of business in St. Louis, Missouri. Nestle Purina PetCare Company, including its subsidiaries, affiliates,

1618124 v1; Y_JW01!.DOC

predecessors-in-interest and assigns (collectively "Nestle Purina"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

47. Plaintiff Nestle USA – Prepared Foods Division, Inc., is a Pennsylvania corporation with its principal place of business in Solon, Ohio. Nestle USA – Prepared Foods Division, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Nestle Prepared Foods Division"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

48. Plaintiff Nestle Waters North America is a Delaware corporation with its principal place of business in Greenwich, Connecticut. Nestle Waters North America, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Nestle Waters"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

49. Plaintiff Newell Rubbermaid, Inc. is a Delaware corporation with its principal place of business in Freeport, Illinois. Newell Rubbermaid, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Rubbermaid"), purchased substantial quantities of corrugated material from one or more of the Defendants in Illinois, and specifically within the Northern District, during the relevant period and was injured by Defendants' antitrust violations alleged herein.

50. Plaintiff OK Foods, Inc. is an Arkansas corporation with its principal place of business in Fort Smith, Arkansas. OK Foods, Inc., including its parent,

1616124 v1; Y_JW01I.DOC

subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "OK Foods"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

51. Plaintiff Papa John's International, Inc. is a Delaware corporation with its principal place of business in Louisville, Kentucky. Papa John's International, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Papa John's"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

52. Plaintiff PepsiCo, Inc. is a North Carolina corporation with its principal place of business in Purchase, New York. PepsiCo, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "PepsiCo"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

53. Plaintiff Philips Electronics North America Corporation is a Delaware corporation with its principal place of business in New York, New York. Philips Electronics North America Corporation, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Philips"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

54. Plaintiff Pilgrim's Pride Corporation is a Delaware corporation with its principal place of business in Pittsburg, Texas. Pilgrim's Pride Corporation, including

its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Pilgrim's Pride"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

55. Plaintiff Premium Standard Farms, Incorporated is a Delaware corporation with its principal place of business in Kansas City, Missouri. Premium Standard Farms, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "PSF"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

56. Plaintiff Purina Mills, LLC, is a Delaware Limited Liability Company with its principal place of business in St. Louis, Missouri. Purina Mills, LLC, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Purina Mills"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

57. Plaintiff Ralcorp Holdings, Inc. is a corporation organized under the laws of the state of Missouri with its principal place of business in St. Louis, Missouri. Ralcorp Holdings, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Ralcorp"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

58. Plaintiff Rich Products Corporation is a Delaware corporation with its principal place of business in Buffalo, New York. Rich Products Corporation, including

1618124 v1; Y_JW01!.DOC

its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Rich Products"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

59. Plaintiff Schreiber Foods, Inc. is a Wisconsin corporation with its principal place of business in Green Bay, Wisconsin. Schreiber Foods Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Schreiber"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

60. Plaintiff Seaboard Corporation is a Delaware corporation with its principal place of business in Shawnee Mission, Kansas. Seaboard Corporation, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Seaboard"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

61. Plaintiff The Sherwin-Williams Company is an Ohio corporation with its principal place of business in Cleveland, Ohio. The Sherwin-Williams Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Sherwin-Williams"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

62. Plaintiff Simmons Foods, Inc. is an Arkansas corporation with its principal place of business in Siloam Springs, Arkansas. Simmons Foods, Inc.,

1818124 v1; Y_JW01I.DOC

including its subsidiaries, affiliates, predecessors-in-interest, assigns and predecessors-in-interest of its subsidiaries (collectively "Simmons Foods"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

63. Plaintiff SmithKline Beecham Corporation d/b/a GlaxoSmithKline is a Pennsylvania corporation with its principal place of business in Philadelphia, Pennsylvania. GlaxoSmithKline, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "GSK"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

64. Plaintiff Stepan Company is a Delaware corporation with its principal place of business in Northfield, Illinois. Stepan Company, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Stepan"), purchased substantial quantities of corrugated material from one or more of the Defendants in Illinois, and specifically within the Northern District during the relevant period and was injured by Defendants' antitrust violations alleged herein.

65. Plaintiff Tyson Foods, Inc. is a Delaware corporation with its principal place of business in Springdale, Arkansas. Tyson Foods, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Tyson"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

66. Plaintiff Welch Foods Inc., A Cooperative is a cooperative organized under the laws of the state of Michigan with its principal place of business in Concord,

Massachusetts. Welch Foods, Inc. A Cooperative, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Welch Foods"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

67. Plaintiff WestPoint Stevens Inc. is a Delaware corporation with its principal place of business in West Point, Georgia. WestPoint Stevens, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "WestPoint Stevens"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

68. Plaintiff Xerox Corporation is a New York corporation with its principal place of business in Stamford, Connecticut. Xerox Corporation, including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Xerox"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

69. Plaintiff Yum! Brands, Inc., formerly TRICON Global Restaurants, Inc., is a North Carolina corporation with its principal place of business in Louisville, Kentucky. Yum! Brands, Inc., including its subsidiaries, affiliates, predecessors-in-interest and assigns (collectively "Yum"), purchased substantial quantities of corrugated material from one or more of the Defendants during the relevant period and was injured by Defendants' antitrust violations alleged herein.

70. The aforementioned Plaintiffs maintain this action both on their own

21

behalf and on behalf of their parents, subsidiaries, affiliates, predecessors-in-interest and assigns as set forth on Attachment A, which is incorporated herein by reference.

<u>DEFENDANTS</u>

71.  Defendant Stone Container Corp. ("Stone Container") is a Delaware corporation with its principal place of business in Chicago, Illinois. During the relevant period, Stone Container manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere. In November 1998, Defendant Jefferson Smurfit Corp. and Defendant Stone Container merged to form Defendant Smurfit-Stone Container Corp. ("SSCC").

72.  Defendant Jefferson Smurfit Corp. ("Jefferson Smurfit") is a Delaware corporation with its principal place of business in St. Louis, Missouri. During the relevant period, Jefferson Smurfit manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere. In November 1998, Defendant Jefferson Smurfit and Defendant Stone Container merged to form Defendant SSCC.

73.  Defendant Smurfit-Stone Container Corp. ("SSCC") is a Delaware corporation with principal places of business in Chicago, Illinois and Clayton, Missouri. Defendant SSCC was formed in November 1998 by a merger of Defendant Stone Container and a subsidiary of Defendant Jefferson Smurfit. Upon information and belief, Plaintiffs allege that Defendant SSCC is the successor in interest to Defendants Stone Container and Jefferson Smurfit, and is liable for the actions of Defendants Jefferson Smurfit and Stone Container as alleged in this Complaint.

74.  Defendant International Paper Co. ("International Paper") is a New York corporation with its principal place of business in Purchase, New York. During the

22

relevant time period, International Paper manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere. Effective April 30, 1999, Defendant International Paper acquired and merged with Defendant Union Camp Corp. Upon information and belief, Plaintiffs allege that Defendant International Paper is the successor in interest to Defendant Union Camp Corp., and is liable for the actions of Defendant Union Camp Corp. as alleged in this Complaint.

75. Defendant Georgia-Pacific Corp. ("Georgia-Pacific") is a Georgia corporation with its principal place of business in Atlanta, Georgia. During the relevant period, Georgia-Pacific manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere.

76. Defendant Weyerhaeuser Paper Co. ("Weyerhaeuser") is a Washington corporation with its principal place of business in Federal Way, Washington. During the relevant time period, Weyerhaeuser manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere.

77. Defendant Temple-Inland Inc. ("Temple-Inland") is a Delaware corporation with its principal place of business in Diboll, Texas. At all relevant times, Temple-Inland manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere. On April 5, 2002, Defendant Gaylord Container Corp. became a wholly-owned subsidiary of Defendant Temple-Inland.

78. Defendant Gaylord Container Corp. ("Gaylord") is a Delaware corporation with its principal place of business in Deerfield, Illinois. At all relevant

1818124 v1; Y_JW01I.DOC

23

times, Gaylord manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere. On April 5, 2002, Defendant Gaylord became a wholly-owned subsidiary of Defendant Temple-Inland.

79. Defendant Union Camp Corp. ("Union Camp") is a Virginia corporation with its principal place of business in Wayne, New Jersey. During the relevant time, , Union Camp manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere. Effective April 30, 1999, Defendant Union Camp. was acquired by Defendant International Paper.

80. Defendant Simpson Tacoma Kraft Co. ("Simpson") is a Washington corporation with its principal place of business in Tacoma, Washington. During the relevant period, Simpson manufactured and sole linerboard, and manufactured and sole corrugated containers in the United States and elsewhere.

81. Defendant Tenneco, Inc. ("Tenneco") is a Delaware corporation with its principal place of business in Greenwich, Connecticut. During the relevant time and through early 1999, Defendant Tenneco, through its affiliate, Defendant Tenneco Packaging, manufactured and sold linerboard, and manufactured and sold corrugated containers and sheets to purchasers in the United States and elsewhere. In early 1999, Defendant Tenneco spun off its corrugated packaging operations into a separate, free-standing company, Defendant Packaging Corporation of America.

82. Defendant Tenneco Packaging ("Tenneco Packaging"), formerly known as Packaging Corporation of America, is a Delaware corporation with its principal place of business in Lake Forest, Illinois. During the relevant time period, Tenneco Packaging

1616124 v1; Y_8W01!.DOC

manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere.

83. Defendant Packaging Corporation of America ("PCA") is a Delaware corporation with its principal place of business in Lake Forest, Illinois. Defendant PCA became a free-standing company as a result of Defendant Tenneco's 1999 spin-off of its corrugated packaging operations, Defendant Tenneco Packaging, which was formerly known as Packaging Corporation of America, and which manufactured and sold linerboard, and manufactured and sold corrugated sheets and containers to purchasers in the United States and elsewhere. Upon information and belief, Plaintiffs allege that Defendant PCA is the successor in interest to Defendants Tenneco and Tenneco Packaging, and is liable for the actions of Defendants Tenneco and Tenneco Packaging as alleged in this Complaint.

84. The acts charged in this Complaint as having been done by Defendants were authorized, ordered, or done by their officers, directors, agents, employees, or representatives, while actively engaged in the management of Defendants' businesses or affairs.

85. Various other individuals, companies, corporations, partnerships, associations, and other entities, the identities of which are presently unknown and which are not named as Defendants in this action, may have participated as co-conspirators with Defendants in the violations alleged herein, and have performed substantial acts and made statements in the Northern District of Illinois in furtherance thereof. All references to "Defendants" include the named entities as well as these unknown individuals, companies, corporations, partnerships, associations, and other entities.

25

TRADE AND COMMERCE

86. During the relevant period, the Defendants manufactured linerboard and produced, distributed and sold corrugated material in a continuous and uninterrupted flow of interstate commerce.

87. Linerboard is a type of paperboard that is suitable for use in the production of corrugated material, including in particular corrugated sheets, which are in turn used in the manufacturing of corrugated boxes.

88. The corrugated sheet and container industry is a multibillion dollar, international business. During the relevant time period, annual sales of corrugated material in the United States exceeded $50 billion.

89. "Single-wall" corrugated sheets are made by gluing a fluted piece of paperboard, known as the corrugated medium, between facing sheets of linerboard; corrugated sheets can also be referred to as containerboard. Corrugated sheets may also be "double-wall," or even "triple-wall," although approximately 90% of boxes are single-wall construction.

90. Corrugated sheets are used in the manufacture of corrugated containers, or boxes. Corrugated containers are generally viewed as interchangeable in that most manufacturers are able to supply the product needs of most customers.

91. Defendants are major vertically integrated manufacturers and sellers of linerboard, corrugated sheets, and corrugated containers. Most of the Defendants utilize over 80% of the linerboard they manufacture internally to produce corrugated sheets and containers that they sell to entities like Plaintiffs. Defendants were the largest suppliers of corrugated sheets and containers during the relevant period.

92. Because linerboard is the primary ingredient utilized in the manufacture of corrugated sheets and because corrugated sheet costs are the majority of the final

26

1818124 v1; Y_JW01!.DOC

price of corrugated containers, changes in the prices of corrugated sheets and containers
are directly related to changes in the price of linerboard. Levels of linerboard
production and supply bear directly upon both their pricing and price movements.

93. Defendants' illegal conduct both within the United States and elsewhere
directly affected the flow of interstate trade and commerce. In particular, as a result of
their unlawful combination and conspiracy, Defendants (a) eliminated or suppressed
competition in the production, distribution and sale of corrugated materials and (b)
inflated the prices that Plaintiffs and others paid for corrugated material in the United
States and elsewhere.

94. By engaging in conduct which artificially manipulated the supply of and
artificially fixed, raised, maintained and stabilized the price of linerboard, Defendant
manufacturers manipulated and artificially fixed, raised, maintained and stabilized the
prices for corrugated sheets and containers that they manufactured and sold.

THE CONSPIRACY

95. From at least mid-1993 and continuing through at least November 1995,
the exact dates being unknown to Plaintiffs, Defendants and their co-conspirators
engaged in a continuing combination, conspiracy and agreement in unreasonable
restraint of trade and commerce in violation of Section 1 of the Sherman Act, 15
U.S.C. § 1.

96. This combination and conspiracy consisted of an agreement,
understanding and concert of action among Defendants and their co-conspirators, the
substantial terms, and/or the purpose of which was to raise, stabilize and maintain at
artificially high levels the prices of corrugated sheets and containers throughout the
United States and elsewhere.

1618124 v1; Y_JW01!.DOC

97. For the purpose of forming and effectuating their combination and conspiracy, Defendants and their co-conspirators, among other things, discussed, formed and implemented agreements to reduce inventories, including restricting production of linerboard by, among other means, coordinating downtime at their respective linerboard manufacturing plants. In addition, Defendants and their co-conspirators discussed, formed and implemented agreements to raise, stabilize and maintain prices for linerboard.

98. From 1990 to the third quarter of 1993, the price of the most common grade of linerboard (standard grade kraft linerboard, 42lb per 1000 square feet) declined approximately 29% from approximately $410 to about $290/ton.

99. In January 1993, on the heels of two failed price increases in the summer and fall of 1992, Defendant Stone Container and other manufacturers of linerboard, including Defendants Georgia-Pacific, International Paper, PCA and Union Camp announced a $30/ton increase in the price for all grades of linerboard, to take effect in March. Weyerhaeuser and Temple-Inland did not announce a price increase. This attempt to increase the price of linerboard failed. Defendant Stone Container blamed, in part, the hold-outs, Weyerhaeuser and Temple-Inland, for this failure.

100. In or about mid-1993, the exact date being unknown to Plaintiffs, for the purpose of forming and effectuating their illegal combination and conspiracy, executives of Defendant Stone Container, acting in concert with executives from other major producers of corrugated materials, conspired, combined and agreed to reduce the inventory supply of linerboard for the specific purpose of increasing prices of corrugated materials.

101. In furtherance of their unlawful combination and conspiracy,

1616124 v1; Y_JW011.DOC

Defendants, in or around late June and early July 1993, in response to a telephone survey conducted by Defendant Stone Container, exchanged information with Defendant Stone Container regarding how much linerboard was available to purchase and at what price. There was no legitimate business purpose for these communications.

102. In or around July 1993, the exact dates being unknown to Plaintiffs, senior officers of Stone Container, in furtherance of their unlawful combination and conspiracy, contacted their high-ranking counterparts at the other major linerboard producers to inform them of Stone Container's intention to draw down industry levels by a) taking downtime at six of its linerboard manufacturing facilities, thus removing 180,000 to 240,000 tons of its linerboard production -- approximately 6% of its annual output, and b) arranging for and agreeing to the purchase of approximately 100,000 tons of linerboard from the other major linerboard manufacturers, rather than meeting its linerboard requirements from its own internal production. It was unusual for these high-level executives to participate in these types of conversations. The purpose of these communications was to coordinate industry-wide restrictions on output and price increases in furtherance of the conspiracy.

103. There was no legitimate business purpose for Stone Container to either take this extraordinary downtime or fulfill its linerboard requirements by purchasing from other linerboard manufacturers. Defendant Stone Container acknowledged that the cost to the company of its extraordinary downtime was approximately $25 million.

104. As a result of these communications and in furtherance of the conspiracy, the major manufacturers, including Defendants, committed to removing, in total, almost 500,000 tons of linerboard from production.

105. Starting in August 1993, Defendants, as planned and agreed, and in

29

furtherance of their unlawful combination and conspiracy, began to take production downtime. This downtime was taken at a time when demand in the industry was increasing. It would come to be known as the single largest voluntary reduction in output in the history of the U.S. linerboard industry.

106. Beginning in or about the third quarter of 1993 and continuing thereafter, through at least November 1995, the exact dates being unknown to Plaintiffs, Defendants and their co-conspirators, in furtherance of their unlawful combination and conspiracy, had additional communications with each other that had no legitimate business purpose, during which they agreed or reached mutual understandings to coordinate and implement price increases on linerboard, thereby leading to an increase in the price of corrugated sheets and containers in the United States and elsewhere.

107. For example, in August 1993, Defendant Stone Container, in furtherance of the conspiracy, announced the first of a series of linerboard price increases that took place during the next 18 months. As planned and agreed, the August price increase, effective October 1, 1993, was joined by virtually every major manufacturer, including all Defendant manufacturers.

108. Subsequently, pursuant to their unlawful agreement, the major manufacturers, including Defendants herein, continued their pattern of taking substantial downtime and implementing unprecedented price increases of linerboard, all in furtherance of the conspiracy. Upon information and belief, coordinated price increases of linerboard were announced or implemented, at least, in or about December 1993, January 1994, May 1994, October 1994, and April 1995.

109. By April 1995, the price of linerboard was approximately $525/ton.

110. As a result of the foregoing, prices for linerboard and thus the prices for

1818124 v1; Y_JW011.DOC

corrugated sheets and containers were artificially raised, fixed, maintained and stabilized in violation of Section 1 of the Sherman Act.

### EFFECTS OF THE COMBINATION AND CONSPIRACY

111.  The purpose and effect of Defendants' unlawful combination and conspiracy were to fix, raise, maintain and stabilize the prices that Plaintiffs and others paid for corrugated material, to deprive Plaintiffs and others of the benefit of free and open competition in their purchases of corrugated material, and to restrain, suppress and eliminate competition in the production, distribution and sale of corrugated material.

112.  By reason of the alleged violations of the antitrust laws, Plaintiffs paid more for corrugated material than they would have paid in the absence of the illegal combination and conspiracy.  As a direct and proximate result, Plaintiffs have been injured in their business and property and have suffered damages in an amount presently undetermined.

### FRAUDULENT CONCEALMENT

113.  Plaintiffs hereby re-allege each of the foregoing allegations of this Complaint as if fully set forth herein.

114.  The statute of limitations in this action was suspended pursuant to 15 U.S.C. § 16(i) by reason of a proceeding brought by the United States through the Federal Trade Commission against Stone Container, which action was pending at least until June 23, 1998.

115.  At all relevant times, Defendants and their co-conspirators affirmatively concealed the existence of their illegal combination and conspiracy and thereby tolled the statute of limitations.  Plaintiffs did not discover and could not have discovered

1618124 v1; Y_JW01!.DOC

31

Defendants' unlawful conduct any earlier than December 1998 by the exercise of due diligence because Defendants and their co-conspirators affirmatively and fraudulently concealed the existence of their combination and conspiracy from Plaintiffs and others by various acts.

116. Plaintiffs had no knowledge of Defendants' wrongful conduct or of any facts that might have led to the discovery thereof, until the Federal Trade Commission disclosed its complaint against Stone Container on February 25, 1998. Plaintiffs had no knowledge of the identity of Defendant Stone Container's co-conspirators involved in the combination and conspiracy alleged herein, or of any facts that might have led to the discovery thereof in the exercise of reasonable diligence until after December 1998, when Stone produced documents to class plaintiffs in the In re Linerboard Antitrust Litigation. Upon information and belief, Defendants, other than Stone Container, have taken extraordinary steps to delay and prevent Plaintiffs from discovering information, and thus have further affirmatively and fraudulently concealed their wrongful conduct. These steps include, but are not limited to, Defendant Weyerhaeuser placing itself in contempt of court rather than abide by an order of a United States District Court to produce documents in response to class plaintiffs' subpoena, and Defendant International Paper discarding, prior to its receipt of class plaintiffs' subpoena, the documents it had previously produced to the Federal Trade Commission.

117. In addition, throughout the relevant time period, Defendants' various affirmative acts of fraudulent concealment which concealed the existence of their illegal combination and conspiracy alleged herein, included, but were not limited to, the following:

a. During the relevant period, Defendants represented publicly and to

customers that the reduction in the supply of linerboard was the result of independent unilateral actions by the Defendants. Defendants' explanations were false and/or misleading in that the reduction in the supply of linerboard was, in fact, the result of a highly coordinated and agreed series of steps to reduce the industry's linerboard inventory.

b. During the relevant period, Defendants represented publicly and to customers that the price increases of linerboard and related corrugated material were the result of independent unilateral price actions in response to natural market forces. Again, Defendants' explanations were false and misleading and were intended to conceal Defendants' illegal combination and conspiracy.

c. During the relevant period, Defendants engaged in private, secret communications with each other, including telephone communications, to effectuate the collusive reduction of linerboard supply and the collusive increases in linerboard and related corrugated material prices described herein-above. These secret, conspiratorial communications were, by their very nature, not discoverable by Plaintiffs in the exercise of reasonable diligence.

118. Because the conspiracy was effectuated by secret means, and Defendant Stone Container and its co-conspirators affirmatively and actively concealed the combination and conspiracy alleged herein, Plaintiffs were unaware of the fact that prices for linerboard and corrugated material had been secretly agreed upon and fixed as alleged herein and could not, with the exercise of reasonable diligence, have discovered the combination and conspiracy alleged herein prior to December 1998.

<u>INJURY TO PLAINTIFFS</u>

119. During the relevant period, Plaintiffs purchased substantial amounts of

33

1618124 v1; Y_JW01!.DOC

corrugated material from one or more of the Defendants. As a result of Defendants' *per se* unlawful combination and conspiracy, Plaintiffs were compelled to pay, and did pay, prices for corrugated material that were substantially greater than what Plaintiffs would have paid absent Defendants' illegal conduct. The full amount of Plaintiffs' damages will be calculated after discovery and upon proof at trial.

## INJUNCTIVE RELIEF

120. Defendants and their co-conspirators have engaged in a persistent and continuing pattern and practice of antitrust violations that is likely to recur unless each is permanently enjoined from engaging in such unlawful conduct in the future.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs request the Court to:

a. Enter judgment declaring that the foregoing combination and conspiracy, and the acts done in furtherance thereof, were an unlawful restraint of trade in violation of Section 1 of the Sherman Act;

b. Enter judgment in favor of Plaintiffs and jointly and severally against all Defendants for treble the amount of the jury verdict and for attorneys' fees, costs and prejudgment interest as provided for in Section 4 of the Clayton Act;

c. Enjoin each of the Defendants from continuing the unlawful conduct alleged herein, and from entering into any other combination, conspiracy or agreement having similar purposes or effects; and

d. Enter, and retain jurisdiction to enter, such further orders and decrees as may be necessary or appropriate to remedy the injury to plaintiffs or as the Court deems appropriate.

1618124 v1; Y_JW01!.DOC

<u>JURY DEMAND</u>

Plaintiffs demand a trial by jury, pursuant to Rule 38(b) of the Federal Rules

of Civil Procedure, of all issues triable of right by a jury.

Dated:  June 10, 2003

Respectfully submitted,

DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP

By: *Richard J. Leveridge*
                       *(JFK by perm.*

Lee A. Freeman, Jr.
John F. Kinney
Freeman, Freeman & Salzman, P.C.
401 North Michigan Avenue, Suite 3200
Chicago, IL  60611-4207
(312) 222-5100

Kenneth L. Adams
R. Bruce Holcomb
Richard J. Leveridge
Elaine Metlin
2101 L Street, NW
Washington, DC  20037-1526
(202) 785-9700

Local Counsel for Plaintiffs

Lead Counsel for Plaintiffs

In Association With:

Delmer Mitchell
Schmiedeskamp, Robertson,
Neu & Mitchell
P.O. Box 1069
Quincy, IL  62306

Additional Counsel for Plaintiffs Berry
Packaging Co., Inc., Berry Packaging of
South Carolina, ContiGroup Companies,
Inc., Dairy Farmers of America, Inc.,
Dole Food Company, Inc., Eveready
Battery Company, Inc., Farmland Foods, Inc.,
Farmland National Beef Packing Company,
L.P., Hallmark Cards, Inc., Newell-Rubbermaid,
Inc., Premium Standard Farms, Inc.,
and Ralcorp Holdings, Inc.

1618124 v1; Y_JW011.DOC

James M. Lockhart
Lommen, Nelson, Cole & Stageberg, PA
1800 South Eight Street
Minneapolis, MN 55402

Additional Counsel for Eastern Block, Inc.,
FAC Acquisition, LLC, Land O'Lakes, Inc.,
Malt-O-Meal Company, Moark, LLC,
and Purina Mills, LLC

Richard Ihrig
James P. McCarthy
Linquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Additional Counsel for General Mills, Inc.

Gregory T. St. Ours
Wharton, Aldhizer & Weaver, P.L.C.
100 S. Mason Street
P.O. Box 20028
Harrisonburg, VA 22801-7528

Additional Counsel for Pilgrim's Pride Corporation

Joseph D. Carney
Joseph D. Carney & Associates, LLC
2001 Crocker Road
Suite 440
Westlake, OH 44145

Additional Counsel for Chiquita Brands
International, Inc. and The Sherwin-
Williams Company

John R. Elrod
Conner & Winters, P.L.L.C.
100 West Center Street
Suite 200
Fayetteville, AR 72701-6081

Additional Counsel for Simmons Foods, Inc.

Don A. Smith
Smith, Maurras, Cohen, Redd & Horan, PLC
510 North Greenwood Avenue
P.O. Box 10205
Fort Smith, AR 72917-0205

Additional Counsel for George's, Inc. and OK Foods, Inc.

Gregory B. Conway
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street
P. O. Box 23200
Green Bay, WI 54305-3200

Additional Counsel for Schreiber Foods, Inc.

James Rodgers
Maura Fay
Dilworth Paxson
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Local Counsel in Philadelphia

1618124 v1; Y_JW01!.DOC

Attachment A

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| **Anheuser-Busch Companies, Inc.**<br>One Busch Place<br>St. Louis, MO 63118-1852 | Anheuser-Busch, Inc.<br>Busch Entertainment Corporation<br>Metal Container Corporation<br>Metal Label Corporation<br>Precision Printing & Packaging, Inc.<br>Anheuser-Busch Recycling Corporation<br>Eagle Snacks, Inc. |
| **Baxter Healthcare Corporation**<br>One Baxter Parkway<br>Deerfield, IL 60015 | Baxter International Inc.<br>Baxter Laboratories<br>Baxter Travenol Laboratories, Inc.<br>Baxter Pharmaceutical Solutions LLC<br>North American Vaccines, Inc.<br>Ohmeda Pharmaceutical Products Division, Inc.<br>Baxter Pharmaceutical Products Division, Inc.<br>Baxter Pharmaceutical Products, Inc.<br>Cook Pharmaceuticals<br>Baxter World Trade Corporation<br>Baxter Healthcare Corporation of Puerto Rico<br>Baxter Healthcare Corporation<br>Caremark Inc.<br>Baxter Diagnostics Inc.<br>Baxter Sales Corporation<br>BioLife Plasma Inc.<br>BioLife Plasma Services L.P.<br>Epic Therapeutics Inc.<br>RMS Disease Management Inc.<br>  f/k/a Renal Management Strategies Inc.<br>RMS Lifeline Inc. |
| **Berry Packaging Co., Inc.**<br>5570 Blackstock Road<br>Spartanburg, SC 29303 | Berry Packaging of South Carolina |
| **Berry Packaging of South Carolina**<br>5570 Blackstock Road<br>Spartanburg, SC 29303 | Berry Packaging Co., Inc. |
| **Berry Plastics Corporation**<br>101 Oakley Street<br>P.O. Box 959<br>Evansville, Indiana 47706-0959 | Berry Iowa Corporation<br>Berry Sterling Corporation<br>PackerWare Corporation<br>Cardinal Packaging, Inc.<br>Poly Seal Corporation<br>Pescor, Inc<br>Berry Tri-Plas Corporation<br>Berry Plastics Design Corporation<br>Venture Packaging, Inc.<br>Venture Packaging Midwest, Inc. |

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Knight Plastics, Inc. |
| **Campbell Soup Company**<br>Campbell Place<br>Camden, NJ 08103 | CAH Corporation<br>Camden Capital Company<br>Campbell Capital Business Trust<br>Campbell EU Investment 2 Company<br>Campbell EU Investment Company<br>Campbell Finance 2 Corp.<br>Campbell Finance Corp.<br>Campbell Foodservice Company<br>Campbell Investment Company<br>Campbell Sales Company<br>Campbell Soup Foundation<br>Campbell Soup MFG 1 Company<br>Campbell Soup MFG 2 Company<br>Campbell Soup Supply Company, L.L.C.<br>CIRT Urban Renewal Corp.<br>CNZ Capital Company<br>CNZ Investment Trust<br>CRB Capital Company<br>CRB Investment Partnership<br>CSC Advertising, Inc.<br>CSC Brands LP<br>CSC Standards, Inc.<br>Godiva Brands, Inc.<br>Godiva Chocolatier, Inc.<br>Gourmet Collection, Inc.<br>Joseph Campbell Company<br>Nelson Property I, LLC<br>Nelson Property II, LLC<br>Nelson Property III, LLC<br>Nelson Property IV, LLC<br>Nelson Property V, LLC<br>Orange Property I, LLC<br>Orange Property II, LLC<br>Orange Property III, LLC<br>Orange Property IV, LLC<br>Orange Property V, LLC |
| **Campbell Soup Company**<br>(continued) | Pepperidge Farm, Incorporated<br>PF Brands, Inc.<br>Southern Cross Trust<br>Stockpot Inc.<br>Wanaka Capital Company<br>AB Australasia Pty Limited<br>AM Biscuits Pty. Limited<br>APN 1 Pty. Limited<br>Arnott's Biscuits (PNG) Pty. Ltd. |

1822889 v1; YS89011.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Arnott's Biscuit Company Singapore Pte Limited<br>Arnotts Biscuits Holdings Pty Limited<br>Arnotts Biscuits Holding (PNG) Pty. Ltd.<br>Arnott's Biscuits Limited<br>Arnott's Executive Superannuation Pty. Ltd.<br>Arnott's Investments Pty. Limited<br>Arnotts Limited<br>Arnott's New Zealand Limited<br>Arnott's Philippines, Inc.<br>Arnott's Sales Pty Limited<br>Arnott's SBAH Pty. Ltd.<br>Arnott's SBH Pty. Ltd.<br>Arnott's SBF Pty. Ltd.<br>Arnott's SBI Pty. Ltd.<br>Arnott's Snackfoods<br>Arnotts Staff Superannuation Pty. Limited<br>Aulsebrooks Limited<br>Australian Agricultural Holdings Pty. Limited<br>Australian Biscuit Co. Pty. Limited<br>Campbell Argentina S.A.<br>Campbell Australasia Pty. Limited<br>Campbell Cheong Chan Malaysia Sdn. Bhd<br>Campbell Coordination Center<br>Campbell do Brazil Industria e Comercio Ltda.<br>Campbell Finance B.V.<br>Campbell Foods Belgium<br>Campbell France Sauces<br>Campbell France SAS<br>Campbell France Holding SAS<br>Campbell Generale Condimentaire<br>Campbell Grocery Products Limited<br>Campbell Investment (Australia) Pty. Limited<br>Campbell Investment Company of Canada<br>Campbell Japan, Incorporated<br>Campbell Netherlands Holding B.V.<br>Campbell Soup (BVI) Ltd.<br>Campbell Soup Asia Limited<br>Campbell Soup Company Ltd.<br>Campbell Soup Dominicana, S.A.<br>Campbell Soup Finland Oy<br>Campbell Soup Ireland Limited<br>Campbell Soup Korea Ltd. |
| **Campbell Soup Company (continued)** | Campbell Soup Portugal – Produtos Alimentares, Unipessoal, Lda.<br>Campbell Soup Sweden AB<br>Campbell Soup UK Limited<br>Campbell Southeast Asia Sdn Bhd |

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Campbell Sudamerica S.A. |
| | Campbell's de Mexico S.A. de C.V. |
| | Campbell's Foods (NZ) Ltd. |
| | Campbell's Netherlands B.V. |
| | Campbell's U.K. Limited |
| | CANEB LLC |
| | Canvin Enterprises Limited |
| | CASP Pty. Limited |
| | CDM Servicios Comerciales y Administrativos, S.A. de C.V. |
| | Cereal Foods Pty. Limited |
| | Consolidated Biscuits Pty. Limited |
| | Continental Foods S.A. (France) |
| | CSC UK Limited |
| | CUK (MLV) Limited |
| | Dipar Pty. Limited |
| | Dollar Sweets Company Pty. Ltd. |
| | Dr. Heinrich Koenig & Co. GmbH |
| | EPL Properties Pty. Limited |
| | Erasco GmbH |
| | Erin Foods Limited |
| | Erin Foods Manufacturing Limited |
| | Eugen Lacroix  Grundstuecksverwaltungsgesellschaft mbH |
| | Eugen Lacroix GmbH |
| | Farmbake Limited |
| | Gewiko Gerwischer Feinkost-Konservenfabrik GmbH |
| | Godiva Belgium N.V. – S.A. |
| | Godiva Chocolatier (Asia) Limited |
| | Godiva Chocolatier of Canada Ltd. |
| | Godiva France S.A. |
| | Godiva Japan, Incorporated (formerly Campbell Nakano, Inc.) |
| | Godiva U.K. Limited |
| | Gourmand Japan, Inc. |
| | Harmoney Pty. Limited |
| | Helios Malaysia Sdn Bhd |
| | Hudson Australia PTY. LTD. |
| | Inmobiliaria Campbell's de Mexico, S.A. de C.V. |
| | Jokisch Schnellgerichte GmbH |
| | Konservenfabrik Koenig & Hartung Nachf. Siersse GmbH |
| | Konservenvertriebsgesellschaft mbH |
| | Macadamia Nuts Pty. Limited |
| | MacFarms Rural Management Pty. Limited |
| | Murphy's Chips Pty. Limited |
| | Players Biscuits Pty. Ltd. |
| | Players Group Limited |
| | Plyfix Pty. Ltd. |
| | PT Arnott's Indonesia |

1622889 v1; YS89011.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| **Campbell Soup Company** (continued) | Ricches Pty. Limited<br>Royco Voedingsmiddelenfabrieken B.V.<br>S. Alexanders Chocolates PTY. LTD.<br>Scherzo Pty. Ltd.<br>Sinalopasta S.A. de C.V.<br>Snack Brands Australia Superannuation Fund Pty. Limited<br>Snack Foods Limited<br>The Dickens Corporation Pty Limited<br>Traviler Pty. Limited<br>William Rodgers (Foods) Limited |
| **Cardinal Health 200, Inc.**<br>1430 Waukegan Road<br>McGaw Park, IL 60085 | Cardinal Health, Inc.<br>Cardinal Health 106 Inc. (f/k/a James W. Daly, Inc.)<br>Cardinal Health 103 Inc. (f/k/a Cardinal Southeast, Inc.)<br>Cardinal Health 110 Inc. (f/k/a Whitmire Distribution Corp.)<br>Cardinal Health 100 Inc. (f/k/a Bindley Western Industries, Inc.)<br>Cardinal Health 107 Inc. (f/k/a National Pharmpak Services, Inc.)<br>Cardinal Health 201 Inc. (f/k/a Allegiance Healthcare International Inc.)<br>Cardinal Health Canada 204 Inc. (f/k/a Allegiance Healthcare Canada, Inc.)<br>Cardinal Health 409 Inc. (f/k/a R.P. Scherer Corp.)<br>Cardinal Health 408 Inc. (f/k/a PCI, Inc.)<br>Cardinal Health 413 Inc. (f/k/a PCI West, Inc.)<br>Cardinal Health 407 Inc. (f/k/a PCI Services, Inc.)<br>Cardinal Health 400 Inc. (f/k/a Automatic Liquid Packaging)<br>Cardinal Health 200 Inc. (f/k/a Allegiance Healthcare Corporation)<br>Solomons Company<br>PRN Services, Inc.<br>Humiston-Keeling, Inc.<br>Behrens, Inc.<br>Pacific Surgical Innovations, Inc.<br>MedSurg Industries, Inc.<br>R.P. Scherer K.K. (f/k/a) NBB Burlington Lease Co., Ltd.<br>Advanced Polymer Systems, Inc.<br>Allegiance Care Continuum Group, Inc. (f/k/a Bergen c/o Cardinal Health 200, Inc.<br>Brunswig Medical Corporation<br>ENDOlap, Inc.<br>Oak Medical Industires LLC (Nimed) |
| **Chiquita Brands International, Inc.**<br>250 East Fifth Street<br>Cincinnati, OH 45202 | Maritrop Trading L.L.C. (f/k/a Maritrop Trading Corporation)<br>Chiquita Brands, Inc. |

1622888 v1; YS89011.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| **Choctaw Maid Farms, Inc.**<br>3864 Highway 35 North<br>P.O. Box 577<br>Carthage, MS 39051 | Choctaw Maid Foods, Inc. |
| **The Clorox Company**<br>1221 Broadway<br>Oakland, CA 94612 | Brita (USA) Inc. (f/k/a The Brita Products Company)<br>Clorox Professional Products<br>The Clorox Company of Puerto Rico<br>The Clorox Sales Company<br>The HVR Company (f/k/a The HV Food Products Company)<br>The Kingsford Products Company<br>Armor All Products Corporation/The Armor All/STP Products Company<br>Aldiv Transportation, Inc.<br>Clorox Products Manufacturing Company<br>HV Manufacturing Company<br>Kingsford Manufacturing Company<br>Clorox Services Company<br>The Glad Products Company (f/k/a First Brands Corporation)<br>The Clorox Pet Products Company (f/k/a A&M Products Inc.<br>The Armor All (f/k/a STP Corporation)<br>Polysak, Inc.<br>Forest Technology Corporation<br>STP Products Manufacturing Company (f/k/a STP Products, Inc.)<br>Paulsboro Packaging, Inc.<br>The Clorox Products Company (f/k/a Antifreeze Technology System, Inc.<br>Antifreeze Properties, Inc.<br>First Brand Corporation<br>A&M Products, Inc.<br>STP Corporation<br>STP Products, Inc.<br>Paulsboro Packaging, Inc.<br>Antifreeze Technology Systems, Inc.<br>Antifreeze Properties, Inc.<br>Brita Manufacturing Company (f/k/a First Brands International, Inc.)<br>Glad Manufacturing Company<br>A&M Products Manufacturing Company<br>Clorox Commercial Company<br>Deer Park Spring Water, Incorporated<br>Food Service Products Company<br>Prince Castle, Inc.<br>Himolene Incorporated |
| **The Coca-Cola Company**<br>One Coca-Cola Plaza, NW | The Coca-Cola Trading Company (Global Procurement & Trading, North America Purchasing) |

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| Atlanta, GA 30313 | Coca-Cola USA, a Division of The Coca-Cola Company<br>Coca-Cola USA, a Division of The Coca-Cola Company<br>Coca-Cola USA<br>Coca-Cola USA<br>Coca-Cola Foods<br>Coca-Cola Company a/k/a Coca-Cola USA<br>New Beverage Group<br>The Minute Maid Company (f/k/a Coca-Cola Foods) |
| **Coca-Cola Enterprises Inc.**<br>P.O. Box 723040<br>Atlanta, GA 31139-0040: | Alabama Coca-Cola Bottling Company<br>Alexander City Coca-Cola Bottling Company<br>Alexandria Coca-Cola Bottling Company, Ltd.<br>Alva Coca-Cola Bottling Co., Inc.<br>Andalusia Coca-Cola Bottling Company<br>Anderson Paramount Food and Vending Services<br>Apalachicola Coca-Cola Bottling Company<br>Apple Advertising Corporation<br>Apple Container Corporation<br>Apple Recycling II Inc.<br>Athens Coca-Cola Bottling Company (The)<br>Atlanta Coca-Cola Bottling Company (The)<br>Atlanta Ice Makers<br>Austin CCBC Acquisition Company<br>Austin Coca-Cola Bottling Company<br>Austin Coca-Cola Bottling Company f/k/a Valley Coca-Cola Bottling Company, Inc.<br>Automated & Custom Food Services, L.P.<br>BCI Coca-Cola Bottling Company of Bellingham<br>BCI Coca-Cola Bottling Company of Los Angeles<br>Beaumont Coca-Cola Bottling Company<br>Best Syrup & Equipment Co.<br>Big Bend Bottler Acquisition Company<br>Big Bend Coca-Cola Bottling Company<br>Big-Cola Acquisition Company n/k/a Enterprises2Texas Company<br>Bluegrass Coca-Cola Bottling Company<br>Bottling Holdings (International) Inc. Foreign Subsidiary<br>Brevard Coca-Cola Bottling Company<br>Brooksville Coca-Cola Bottling Company<br>Brownsville Coca-Cola Bottling Company<br>Bryan-Cola Exchange Company<br>Bunkie Coca-Cola Bottling Company, Inc.<br>Burlington Coca-Cola Bottling Company<br>Camco Vending, Inc. f/k/a NEWPRO, Inc. n/k/a Montgomery Coca-Cola Bottling Company, Inc.<br>Cameron Coca-Cola Bottling Company, Inc.<br>Canners for Coca-Cola Bottlers, Inc. f/k/a Beverage Canning Company, Inc. |

7

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Canners of Eastern Arkansas<br>Canners of Eastern Arkansas, Inc.<br>CCBG Corporation<br>CCCR Leasing Company f/k/a Coca-Cola Bottling Company of Cedar Rapids |
| **Coca-Cola Enterprises Inc. (continued)** | CCD Leasing Company<br>CCE Bottling Group<br>CCE Vending Services<br>CCE-South<br>CCMR Leasing Company<br>Cent-Flo Beverage Co.<br>Central States Coca-Cola Bottling Company<br>Central Texas Beverages, Inc.<br>Centralia Coca-Cola Bottling Company<br>Champaign Coca-Cola Bottling Company<br>Cincinnati Coca-Cola Bottling Company<br>Circleville Coca-Cola Bottling Company<br>Coca-Cola Bottlers of Detroit, Inc.<br>Coca-Cola Bottling Company of Los Angeles<br>Coca-Cola Bottling Company of Aberdeen, Inc.<br>Coca-Cola Bottling Company of Alamogordo<br>Coca-Cola Bottling Company of Albuquerque<br>Coca-Cola Bottling Company of Annapolis<br>Coca-Cola Bottling Company of Arkansas<br>Coca-Cola Bottling Company of Bloomington<br>Coca-Cola Bottling Company of California<br>Coca-Cola Bottling Company of Cambridge, Maryland, Incorporated<br>Coca-Cola Bottling Company of Cathedral City<br>Coca-Cola Bottling Company of Clarksdale<br>Coca-Cola Bottling Company of Clovis<br>Coca-Cola Bottling Company of Cochise County<br>Coca-Cola Bottling Company of Cody<br>Coca-Cola Bottling Company of Colorado/Northern Wyoming<br>Coca-Cola Bottling Company of Columbus<br>Coca-Cola Bottling Company of Cookeville<br>Coca-Cola Bottling Company of Dayton<br>Coca-Cola Bottling Company of Eastern Great Lakes<br>Coca-Cola Bottling Company of Eureka, California<br>Coca-Cola Bottling Company of Flippin<br>Coca-Cola Bottling Company of Gallup<br>Coca-Cola Bottling Company of Gillette<br>Coca-Cola Bottling Company of Glen Falls<br>Coca-Cola Bottling Company of Goodland<br>Coca-Cola Bottling Company of Greeley<br>Coca-Cola Bottling Company of Greenfield<br>Coca-Cola Bottling Company of Greenville |

8

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Coca-Cola Bottling Company of Hawaii<br>Coca-Cola Bottling Company of Hobbs<br>Coca-Cola Bottling Company of Imperial Valley<br>Coca-Cola Bottling Company of Klamath Falls<br>Coca-Cola Bottling Company of La Crosse, Inc.<br>Coca-Cola Bottling Company of Las Vegas<br>Coca-Cola Bottling Company of Leesville<br>Coca-Cola Bottling Company of Little Rock<br>Coca-Cola Bottling Company of Louisville<br>Coca-Cola Bottling Company of Marianna<br>Coca-Cola Bottling Company of Memphis, Tenn. |
| Coca-Cola Enterprises Inc. (continued) | Coca-Cola Bottling Company of Memphis, Tenn. f/k/a New Memphis Holding Company<br>Coca-Cola Bottling Company of Miami<br>Coca-Cola Bottling Company of Michigan<br>Coca-Cola Bottling Company of Mid-America, Inc.<br>Coca-Cola Bottling Company of Minot<br>Coca-Cola Bottling Company of Mississippi<br>Coca-Cola Bottling Company of Montana<br>Coca-Cola Bottling Company of Morrilton<br>Coca-Cola Bottling Company of Mt. Pleasant<br>Coca-Cola Bottling Company of Muskegon<br>Coca-Cola Bottling Company of Natchitoches<br>Coca-Cola Bottling Company of New England<br>Coca-Cola Bottling Company of New York, Inc. f/k/a New<br>Coca-Cola Bottling Company of New York, Inc. f/k/a Interim Holding, Inc.<br>Coca-Cola Bottling Company of North Texas<br>Coca-Cola Bottling Company of Northeast Arkansas, Inc.<br>Coca-Cola Bottling Company of Northern California<br>Coca-Cola Bottling Company of Northern Ohio<br>Coca-Cola Bottling Company of Northern Wyoming<br>Coca-Cola Bottling Company of Ohio<br>Coca-Cola Bottling Company of Ohio/Kentucky |
| | Coca-Cola Bottling Company of Oneonota<br>Coca-Cola Bottling Company of Oregon<br>Coca-Cola Bottling Company of Ottumwa<br>Coca-Cola Bottling Company of Pittsfield<br>Coca-Cola Bottling Company of Port Angeles<br>Coca-Cola Bottling Company of Port Huron<br>Coca-Cola Bottling Company of Providence<br>Coca-Cola Bottling Company of Quincy d/b/a J.J. Flynn & Co.<br>Coca-Cola Bottling Company of Redding<br>Coca-Cola Bottling Company of Rhode Island<br>Coca-Cola Bottling Company of Riverton<br>Coca-Cola Bottling Company of Rochester, Inc. |

9

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Coca-Cola Bottling Company of Roswell<br>Coca-Cola Bottling Company of Rutland<br>Coca-Cola Bottling Company of San Angelo<br>Coca-Cola Bottling Company of San Diego<br>Coca-Cola Bottling Company of Sardis<br>Coca-Cola Bottling Company of Searcy<br>Coca-Cola Bottling Company of Shelbyville<br>Coca-Cola Bottling Company of Sheridan<br>Coca-Cola Bottling Company of Shreveport<br>Coca-Cola Bottling Company of South Arkansas<br>Coca-Cola Bottling Company of Southeast Missouri<br>Coca-Cola Bottling Company of Southern California<br>Coca-Cola Bottling Company of Spokane<br>Coca-Cola Bottling Company of St. Louis |
| Coca-Cola Enterprises Inc. (continued) | Coca-Cola Bottling Company of Texarkana f/k/a New TCCBC, Inc.<br>Coca-Cola Bottling Company of the Mid South<br>Coca-Cola Bottling Company of the Northeast<br>Coca-Cola Bottling Company of the Northwest<br>Coca-Cola Bottling Company of the Southwest)<br>Coca-Cola Bottling Company of the Virgin Islands<br>Coca-Cola Bottling Company of Toledo<br>Coca-Cola Bottling Company of Trinidad<br>Coca-Cola Bottling Company of Tyler<br>Coca-Cola Bottling Company of Utica<br>Coca-Cola Bottling Company of Vicksburg<br>Coca-Cola Bottling Company of Washington<br>Coca-Cola Bottling Company of Watertown<br>Coca-Cola Bottling Company of West<br>Coca-Cola Bottling Company of West Kentucky<br>Coca-Cola Bottling Company of West Memphis<br>Coca-Cola Bottling Company of West Plains<br>Coca-Cola Bottling Company of West Point – LaGrange<br>Coca-Cola Bottling Company of West Tennessee<br>Coca-Cola Bottling Company, Inc.<br>Coca-Cola Bottling Company, Inc. of Vicksburg<br>Coca-Cola Bottling Group (Southwest), Inc.<br>Coca-Cola Bottling Works of Johnson City, Tennessee n/k/a<br>Coca-Cola Bottling Company of Johnson City<br>Coca-Cola Enterprises – Atlanta Region<br>Coca-Cola Enterprises Bottling Companies<br>Coca-Cola Enterprises Holdings LLC<br>Coca-Cola Holdings (Arkansas) Inc.<br>Colorado Coca-Cola Bottling Company<br>Colorado Springs Coca-Cola Bottling Company<br>D P Bottling Company of Texarkana<br>D.M. Operations Management, Inc. |

10

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Dalton Coca-Cola Bottling Company<br>Danville Coca-Cola Bottling Company<br>Dayton Coca-Cola Bottling Company<br>Daytona Coca-Cola Bottling Company<br>Decatur Coca-Cola Bottling Company<br>Delaware Coca-Cola Bottling Company, Inc.<br>Denver Coca-Cola Bottling Company<br>Detroit Coca-Cola Bottling Company<br>Diamond Head Beverages<br>DM Management of Ohio, Inc.<br>Dothan Coca-Cola Bottling Company<br>Dover Coca-Cola Bottling Company<br>Dr Pepper Bottling Co. of Natchez, Inc.<br>Dr Pepper Bottling Company of Albuquerque<br>Dr Pepper Bottling Company of Detroit<br>Dr Pepper Bottling Company of New Orleans<br>Dr. Pepper Bottling Company of Knoxville<br>DuQuoin Coca-Cola Bottling Company |
| Coca-Cola Enterprises Inc. (continued) | Elizabeth City Coca-Cola Bottling Works, Inc. (NC)<br>Elyria Coca-Cola Bottling Company<br>Enterprises Aviation Services, Inc.<br>Enterprises Consulting, Inc.<br>Enterprises Media<br>Enterprises Technology Centre<br>Erie Coca-Cola Bottling Company<br>Evangeline Coca-Cola Bottling Company, Inc.<br>Evansville Coca-Cola Bottling Company<br>Findlay Coca-Cola Bottling Company<br>Florco Financial Corp.<br>Florida Coca-Cola Bottling Company<br>FMCC Enterprises, Inc.<br>Fort Myers Coca-Cola Bottling Company<br>Fort Valley Coca-Cola Bottling Company<br>Four Star Sugar Company<br>Fredericksburg Coca-Cola Bottling Company<br>Ft. Myers Coca-Cola Bottling Company<br>Ft. Pierce Coca-Cola Bottling Company<br>GA. – ALA. Coca-Cola Bottling Company f/k/a Manchester Coca-Cola Bottling Company<br>Gainesville Coca-Cola Bottling Company<br>Galesburg Coca-Cola Bottling Company<br>Grand Forks Coca-Cola Bottling Co.<br>Great Lakes Canning<br>Great Plains Bottlers and Canners, Inc.<br>Great Plains Exchange Company<br>Great Western Coca-Cola Bottling Company |

11

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Greenwood Coca-Cola Bottling Company<br>GT Packaging, Inc.<br>Highlands Coca-Cola Bottling Company<br>Hondobondo Company<br>Hopkinsville Coca-Cola Bottling Company<br>Houston Coca-Cola Bottling Company<br>Hygeia Coca-Cola Bottling Company<br>Hygeia Coca-Cola Bottling Company of Tallahassee<br>Indianola License Holdings Co. f/k/a Moak Bottling Co.<br>Jackson Coca-Cola Bottling Company<br>Jacksonville Coca-Cola Bottling Company<br>Jasper Coca-Cola Bottling Company<br>Joe A. Biedenharn Corporation<br>Johnston Coca-Cola Bottling Company<br>Johnston Coca-Cola Bottling Group, Inc. f/k/a CCE Exchange Corporation<br>Johnston Foods, Inc.<br>Johnston Great Lakes Canning, Inc.<br>Jonesboro Coca-Cola Bottling Company<br>Kencola Sub, Inc.<br>Keystone Coca-Cola Bottling and Distribution Corp.<br>Knoxville Coca-Cola Bottling Company<br>KNY Distribution, Inc. |
| Coca-Cola Enterprises Inc. (continued) | Kwik-Ad Advertising, Inc.<br>Lake City Coca-Cola Bottling Company<br>Lakeland Coca-Cola Bottling Company<br>Lamar Coca-Cola Bottling Company<br>Las Cruces Bottling Company<br>Leesburg Coca-Cola Bottling Company<br>Lincoln Coca-Cola Bottling Company<br>Liquid Carbonation Systems<br>Longview Coca-Cola Bottling Co.<br>Longview Coca-Cola Bottling Co., L.P.<br>Longview Coca-Cola Bottling Company f/k/a LVTX Acquisition Company<br>Louisiana Coca-Cola Bottling Company Limited<br>Louisville Coca-Cola Bottling Company<br>MACC Leasing Company<br>Magnolia Coca-Cola Bottling Company<br>Magnolia Exchange Company<br>Mansfield Coca-Cola Bottling Company<br>Marianna Coca-Cola Bottling Company<br>Marshall Coca-Cola Bottling Company<br>McAllen Coca-Cola Bottling Company<br>Medford Coca-Cola Bottling Company<br>Media Concepts, Inc.<br>Mid-America Packaging Company |

12

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
|  | Palatka Coca-Cola Bottling Company<br>Palestine Coca-Cola Bottling Co., Inc.<br>Paris Coca-Cola Bottling Company, Inc.<br>Payroll Services (International) Inc. f/k/a Bottling Holdings (International) Inc. Foreign Subsidiary; n/k/a Coca-Cola Enterprises (International) Inc.<br>Peoria Coca-Cola Bottling Company<br>Perry Coca-Cola Bottling Company<br>Perry-Cola Acquisition Company<br>Perryton Coca-Cola Bottling Company, Inc.<br>Peru Coca-Cola Bottling Company<br>Phoenix Coca-Cola Bottling Company<br>Pine Bluff Coca-Cola Bottling Company, Inc.<br>Pontiac Coca-Cola Bottling Company<br>Portsmouth Coca-Cola Bottling Company<br>Prescott Coca-Cola Bottling Company<br>Pueblo Coca-Cola Bottling Company<br>Punta Gorda Coca-Cola Bottling Company<br>Refresher, Inc.<br>Refreshment Enterprises, Inc.<br>Refreshment Service of Louisiana, Inc.<br>Refreshment Services, Inc.<br>Roddy Manufacturing Company f/k/a The Roddy-Goodman Company n/k/a Roddy Coca-Cola Bottling Company, Inc.<br>Rome Coca-Cola Bottling Company<br>Rushton Coca-Cola Bottling Company, Inc.<br>San Antonio Coca-Cola Bottling Company<br>Sandersville Coca-Cola Bottling Company<br>Sarasota Coca-Cola Bottling Company<br>Selma Coca-Cola Bottling Company<br>Serv-O-Matic, Inc. |
| Coca-Cola Enterprises Inc. (continued) | Shelby Farms Show Place Arena, Inc.<br>Shreveport Coca-Cola Bottling Company<br>Sincler Investment Company<br>Soft Drink Carriers, Inc.Soo Acquisition Corp.<br>Southwest Coca-Cola Bottling Company, Inc.<br>Southwest Dr Pepper Bottling Company<br>Springfield Coca-Cola Bottling Company<br>St. Augustine Coca-Cola Bottling Company<br>St. Petersburg Coca-Cola Bottling Company<br>Sterling Coca-Cola Bottling Company<br>Streator Coca-Cola Bottling Company<br>Sulphur Springs Coca-Cola Bottling Company<br>Tallahassee Coca-Cola Bottling Company<br>Tampa Coca-Cola Bottling Company<br>Tarpon Springs Coca-Cola Bottling Company<br>TarponCola Acquisition LLC |

1622669 v1; YS8901!.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Texa-Cola Acquisition Company |
| | Texarkana Coca-Cola Bottling Company |
| | Texas Bottling Group, Inc. |
| | The Akron Coca-Cola Bottling Company |
| | The Angleton Coca-Cola Bottling Company |
| | The Coca-Cola Bottling Company of Bakersfield |
| | The Coca-Cola Bottling Company of Bellingham |
| | The Coca-Cola Bottling Company of Bishop |
| | The Coca-Cola Bottling Company of Brownsville |
| | The Coca-Cola Bottling Company of Carson |
| | The Coca-Cola Bottling Company of Cedar Rapids |
| | The Coca-Cola Bottling Company of Downey |
| | The Coca-Cola Bottling Company of El Centro |
| | The Coca-Cola Bottling Company of Lancaster |
| | The Coca-Cola Bottling Company of Mid-America |
| | The Coca-Cola Bottling Company of Natchez |
| | The Coca-Cola Bottling Company of New Iberia |
| | The Coca-Cola Bottling Company of New York |
| | The Coca-Cola Bottling Company of Northern Ohio |
| | The Coca-Cola Bottling Company of Orange |
| | The Coca-Cola Bottling Company of Paducah/Hopkinsville |
| | The Coca-Cola Bottling Company of Paris |
| | The Coca-Cola Bottling Company of Rancho Cucamonga |
| | The Coca-Cola Bottling Company of San Angelo |
| | The Coca-Cola Bottling Company of Santa Maria |
| | The Coca-Cola Bottling Company of Sherman |
| | The Coca-Cola Bottling Company of Sylmar |
| | The Coca-Cola Bottling Company of Tucson |
| | The Coca-Cola Bottling Company of Ventura |
| | The Coca-Cola Bottling Company of Victorville |
| | The Conroe Coca-Cola Bottling Company |
| | The Detroit Bottling Company, Inc. |
| | The El Campo Coca-Cola Bottling Company |
| | The Findlay Coca-Cola Bottling Company |
| | The Lakeshore Coca-Cola Bottling Company |
| Coca-Cola Enterprises Inc. (continued) | The Marion Coca-Cola Bottling Company |
| | The MIO Corporation |
| | The Scioto Coca-Cola Bottling Company a/k/a Coca-Cola Bottling Company of Chillicothe & Fayette and Coca-Cola Bottling Company of Circleville |
| | Thoma-Cola Exchange Company |
| | Thoma-Cola Holdings, LLC |
| | Thomasville Coca-Cola Bottling Company |
| | Tri-State Coca-Cola Bottling Company |
| | Troy Coca-Cola Bottling Company |
| | Truesdale Packaging Company LLC f/k/a Warrenton Packaging CompanyTuscaloosa Coca-Cola Bottling Company |

15

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Twinsburg Production<br>Tyler Coca-Cola Bottling Company<br>University Vending, Inc.<br>Valdosta Coca-Cola Bottling Works, Inc.<br>Valdosta Corporation<br>Valley Coca-Cola Bottling Company<br>Vend, Inc. f/k/a Vendall Food Service, Inc. n/k/a Vending Holding Company<br>Vendala, Inc.<br>Vendomatic, Inc.<br>Victoria Coca-Cola Bottling Company<br>Wachula Coca-Cola Bottling Company<br>Waco Coca-Cola Bottling Company<br>West Plains Coca-Cola Bottling Company<br>West-Flo Beverage Company<br>Westminister Coca-Cola Bottling Company, Inc.<br>Wichita Coca-Cola Bottling Company)<br>Wingspread Corporation<br>Woodward Coca-Cola Bottling Company<br>Youngstown Coca-Cola Bottling Company<br>Yuma Coca-Cola Bottling Company |
| **Colgate-Palmolive Company**<br>300 Park Avenue<br>New York, NY 10022 | Vipont Pharmaceutical, Inc.<br>Hill's Pet Nutrition, Inc.<br>Colgate Oral Pharmaceuticals, Inc.<br>Softsoap Enterprises, Inc.<br>Colgate-Palmolive de Puerto Rico, Inc.<br>Colgate-Palmolive Company, Distr. |
| **ContiGroup Companies, Inc.**<br>**(f/k/a Continental Grain Company, Inc.)**<br>277 Park Avenue<br>New York, NY 10172 | Southland Foods, Inc.<br>Wayne Farms, LLC |
| **Coors Brewing Company**<br>311 10th Street<br>Golden, CO 80401 | Adolph Coors Company<br>Coors, Inc. |
| **Dairy Farmers of America, Inc.**<br>P.O. Box 909700<br>Kansas City, MO 64190-9700 | Keller's Creamery, LP (formerly Keller's Creamery, L.L.C.)<br>Mid-America Dairymen, Inc.<br>Milk Marketing Inc.<br>Western Dairymen Cooperative, Inc.<br>Southern AMPI, Inc.<br>California Gold Dairy Products<br>Golden Cheese Company of California<br>Independent Cooperative Milk Producers Association<br>Southwest Dried Products, Incorporated |

16

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Lea County Cheese Factory, Ltd. Co.<br>Farmers Dairy Foods, Inc.<br>Dairymen, Inc.<br>Eastern Laboratory Services, Ltd.<br>American Dairy Brands / Borden |
| **Dole Food Company, Inc.**<br>One Dole Drive<br>Westlake Village, CA   91362-7300 | Calazo Corporation, an Arizona corporation<br>AG 1970, Inc., a California corporation<br>AG 1971, Inc., a California corporation<br>AG 1972, Inc., a California corporation<br>Alyssum Corporation, a California corporation<br>Barclay Hollander Corporation, a California corporation<br>Bud Antle, Inc., a California corporation<br>Calicahomes, Inc., a California corporation<br>California Polaris, Inc., a California corporation<br>Dole ABPIK, Inc., a California corporation<br>Dole Arizona Dried Fruit and Nut Company, a California corporation<br>Dole Carrot Company, a California corporation<br>Dole Citrus, a California corporation<br>Dole DF&N, Inc., a California corporation<br>Dole Dried Fruit and Nut Company, a California General Partnership<br>Dole Farming, Inc., a California corporation<br>Dole Fresh Vegetables, Inc., a California corporation<br>Dole Orland, Inc., a California corporation<br>Dole Visage, Inc., a California corporation<br>E. T. Wall Company, a California corporation<br>Earlibest Orange Association, Inc., a California corporation<br>Fallbrook Citrus Company, Inc., a California corporation<br>Lindero Headquarters Company, Inc., a California corporation<br>Lindero Property, Inc., a California corporation<br>Oceanview Produce Company, a California corporation<br>Prairie Vista, Inc., a California corporation<br>Royal Packing Co., a California corporation<br>Veltman Terminal Co., a California corporation<br>Bananera Antillana (Colombia), Inc., a Delaware corporation<br>Clovis Citrus Association, a Delaware corporation<br>Delphinium Corporation, a Delaware corporation<br>Dole Europe Company, a Delaware corporation<br>Dole Foods Flight Operations, Inc., a Delaware corporation |
| **Dole Food Company, Inc. (continued)** | Dole Fresh Flowers, Inc., a Delaware corporation<br>Dole Northwest, Inc., a Delaware corporation<br>Sun Country Produce, Inc., a Delaware corporation<br>Dole Sunfresh Express, Inc., a Delaware corporation<br>Standard Fruit and Steamship Company, a Delaware |

17

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | corporation<br>Standard Fruit Company, a Delaware corporation<br>West Foods, Inc., a Delaware corporation<br>Cool Advantage, Inc., a Florida corporation<br>Cool Care, Inc., a Florida corporation<br>Flowernet Inc., a Florida corporation<br>Saw Grass Transport, Inc., a Florida corporationBlue Anthurium, Inc., a Hawaii corporation<br>Cerulean, Inc., a Hawaii corporation<br>Dole Diversified, Inc., a Hawaii corporation<br>Dole Land Company, Inc., a Hawaii corporation<br>Dole Packaged Foods Corporation, a Hawaii corporation<br>La Petite d'Agen, Inc., a Hawaii corporation<br>MK Development, Inc., a Hawaii corporation<br>Malaga Company, Inc., a Hawaii corporation<br>Muscat, Inc., a Hawaii corporation<br>Oahu Transport Company, Limited, Hawaii corporation<br>Wahiawa Water Company, Inc., a Hawaii corporation<br>Waialua Sugar Company, Inc., a Hawaii corporation<br>Zante Currant, Inc., a Hawaii corporation<br>Diversified Imports Co., a Nevada corporation<br>Dole Assets, Inc., a Nevada corporation<br>Dole Fresh Fruit Company, a Nevada corporation<br>Dole Holdings, Inc., a Nevada corporation<br>Dole Logistics Services, Inc., a Nevada corporation<br>Dole Ocean Cargo Express, Inc. (DOCE), a Nevada corporation<br>Dole Ocean Liner Express, Inc., a Nevada corporation<br>Renaissance Capital Corporation, a Nevada corporation<br>Sun Giant, Inc., a Nevada corporation<br>DNW Services Company, a Washington corporation<br>Pacific Coast Truck Company, a Washington corporation<br>Pan-Alaska Fisheries, Inc., a Washington corporation |
| **Domino's Pizza LLC**<br>30 Frank Lloyd Wright Drive<br>P.O. Box 997 - Lobby G<br>Ann Arbor, MI 48106-0997 | Domino's Pizza, Inc.<br>Domino's Pizza Distribution Corp.<br>Domino's Pizza International, Inc. |
| **Eastern Block, Incorporated**<br>100 Eastern Minerals Road<br>Henderson, NC 27801 | |
| **E.I. duPont deNemours & Company**<br>1007 Market St., Mail Stop #D-4026<br>Wilmington, DE 19898 | DuPont Chemical and Energy Operations, Inc.<br>DuPont Delaware, Inc.<br>DuPont Diagnostics, Inc.<br>DuPont Electronic Materials, Inc. |

18

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | DuPont Energy Company<br>DuPont Feedstocks Company<br>DuPont Photomasks, Inc.<br>Pioneer Hi-bred International, Inc.<br>DuPont Operations<br>DuPont Energy Company |
| **Eveready Battery Co., Inc.**<br>533 Maryville University Drive<br>St. Louis, MO 63141 | Ralston Purina Company<br>Energizer Holdings, Inc.<br>Energizer Battery, Inc.<br>Energizer Battery Manufacturing, Inc.<br>Schick Manufacturing, Inc. |
| **Farmland Foods, Inc.**<br>Dept. 62<br>12200 N. Ambassador Drive<br>Kansas City, MO 64163 | Farmland Industries, Inc.<br>AFI, LLC<br>Farmers Petroleum, Inc.<br>Northeast Arkansas Oil Company, LLC<br>SF Services, Inc.<br>SFA, Inc.<br>Mississippi Farmers Cooperative (MFC)<br>Southern Farm Fish Processors Inc.<br>  d/b/a Springwater Farms<br>Double Circle Farm Supply Company<br>Missouri Chemical Company<br>FDL Foods, Inc.<br>Carando, Inc. |
| **Farmland National Beef Packing Company, L.P.**<br>12200 N. Ambassador Drive, 5th Floor<br>Kansas City, MO 64163 | KC Steak Company, LLC<br>Farmland National Beef aLF, LLC<br>National Beef Japan, KK<br>NBP Korea, Inc<br>National Carriers, Inc. |
| **FAC Acquisition, L.L.C.**<br>4400 Baker Road<br>Suite 200<br>Minnetonka, MN 55343 | Fingerhut<br>Tennessee Distribution, Inc. |
| **Foster Poultry Farms, Inc.**<br>P.O. Box 457<br>1000 Davis Street<br>Livingston, CA 95334 | Del Mesa Farms<br>Foster Dairy Farms |
| **General Mills, Inc.**<br>One General Mills Boulevard<br>Minneapolis, MN 55426 | China Coast, Inc.<br>Olive Garden, Inc.<br>Red Lobster, Inc.<br>Burger King, Inc. |

19

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Vand de Kamps, Inc. |
| | Gorton's, Inc.Cereal Associates Portugal A.E.I.E. |
| | Cereal Partners Czech Republic, s.r.o. (CP Czech Republic) |
| | Cereal Partners Espana, A.E.I.E. |
| | Cereal Partners France B.V. |
| | Cereal Partners France SNC |
| | Cereal Partners Hungária Ltd. |
| | Cereal Partners Poland Torun-Pacific Sp. z.o.o. |
| | Cereal Partners Slovak Republic, s.r.o. |
| | Cereal Partners U.K. |
| | Cereales C.P.W. Chile Limitada |
| | Cereales Partners Latin America LLC |
| | Cereales Partners Latin America LLC |
| | Cereales Partners Latin America LLC, |
| | Colombo, Inc. |
| | C.P. Hellas EEIG |
| | C.P.A. Cereal Partners Handelsgesellschaft M.B.H. |
| | C.P.A. Cereal Partners Handelsgesellschaft m.b.h. & Co. OHG |
| | Gortons, Inc. |
| | C.P.D. Cereal Partners Deutschland GmbH & Co. oHG |
| | C.P.D. Cereal Partners Deutschland verwaltungsgesselschaft mbH |
| | C.P.W. Mexico S. de R.L. de C.V. |
| | CP Suisse |
| | CPW do Brazil Ltda. |
| | CPW S.A. |
| | D.H. Austral (Uruguay) Sociedad Anonima |
| | DCA Food Industries, Inc. |
| | Frito Lay Distribution (Russia) |
| | Frito Lay Manufacturing (Russia) |
| | FYL Corp. (Shell) |
| | Gardetto's Bakery, Inc. |
| | General Mills Argentina S.A. |
| | General Mills Asia Pacific Limited |
| | General Mills Asia Pte. Ltd. |
| | General Mills Australia Pty Ltd |
| | General Mills Bakery & Food Service Pty Ltd |
| | General Mills Belgium, SNC |
| | General Mills Belgium, SNC, Portugal Branch |
| | General Mills Brazil Ltda |
| | General Mills China Limited |
| | General Mills Continental, Inc. |
| | General Mills Continental, Inc. S.A. |
| | General Mills de Colombia S.A. |
| | General Mills de Venezuela, C.A. |
| | General Mills Direct Marketing, Inc. |
| | General Mills Espana B.V. |

20

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| **General Mills, Inc. (continued)** | General Mills Espana B.V., Spanish Branch<br>General Mills Finance, Inc.<br>General Mills Foods Asia Limited<br>General Mills France (SAS)<br>General Mills GmbH<br>General Mills Hellas S.A.<br>General Mills Holding B.V.<br>General Mills Holland B.V.<br>General Mills Hong Kong Limited<br>General Mills, Inc.<br>General Mills, Inc. -- Mexican Branch<br>General Mills India Private Limited<br>General Mills International (France) S.A.<br>General Mills International Limited<br>General Mills International y Compania S.en N.C. de C.V.<br>General Mills Israel Ltd.<br>General Mills Maarssen B.V.<br>General Mills Mauritius, Inc.<br>General Mills Missouri, Inc.<br>General Mills North America Affiliates<br>General Mills Operations, Inc.<br>General Mills Products Corp.<br>General Mills RH, Inc.<br>General Mills Sales, Inc.<br>General Mills Services (UK) Ltd.<br>General Mills South Africa (Proprietary) Limited<br>General Mills Taiwan Limited<br>General Mills UK Limited<br>Gigante Verde, Inc.<br>Gigante Verde Y Compania, S. en N.C. de C.V.<br>GMEAF SNC<br>GMSNACKS, SCA<br>Gold Medal Insurance Co.<br>Green Giant Asia Pacific Ltd.<br>Green Giant International Inc.<br>Haagen-Dazs Arras (SNC)<br>Haagen-Dazs Belgium (S.A. N.V.)<br>Haagen-Dazs Japan, Inc.<br>Haagen-Dazs Korea Co., Ltd.<br>Haagen-Dazs Nederland B.V.<br>Haagen-Dazs Taiwan Limited<br>HD China B.V.<br>HD Distributors (Thailand) Co., Ltd,<br>HD Marketing & Distribution Philippines, Inc.<br>IC Acquisition Company<br>Inmobiliaria Selene, S.A. de C.V.<br>International Dessert Partners LLC<br>La Saltena S.A. |

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Lloyd's Barbeque Company<br>Matutano, S.A.<br>MESI Fuel Station No. 1 L.L.C. |
| **General Mills, Inc.**<br>**(continued)** | Nestlé ASEAN Philippines, Inc. (NAJPHIL) (The Philipines)<br>Old El Paso Foods B.V.<br>Pepsico Estonia Pet, Inc.<br>Pillsbury Export Corp.<br>Pillsbury Frozen Foods Holdings (Shanghai) Limited<br>Pillsbury Market Development Ltd.<br>Pillsbury Mexico, S.A. de C.V.<br>Pillsbury Shanghai Frozen Foods, Limited<br>Popcorn Distributors, Inc.<br>Progresso Quality Foods Company<br>Roush Products Company, Inc.<br>Seretram (S.A.)<br>Shanghai H.D. Food Company Limited<br>Small Planet Foods, Inc.<br>Smiths Belgium<br>Smiths Food Group B.V.<br>Snack Ventures Europe, SCA<br>Snack Ventures S.A.<br>Super Fitness International S.A.<br>SVE (Hungary) Trading and Manufacturing Limited<br>SVE Italia S.r.l.<br>Sweetgrass Grain Partnership<br>Tasty Foods S.A.<br>The Haagen-Dazs International Shoppe Company, Inc.<br>The Haagen-Dazs Shoppe Company, Inc.<br>The Pillsbury Company<br>Tortuga Casualty Company<br>TPC-RF, Inc.<br>TPC Distribution Holdings Mexico, Inc.<br>TPC One, Inc.<br>Yoplait USA, Inc.<br>CP Argentina – U.T.E.<br>CP Colombia ACP<br>CP Mexico<br>CPW Brazil – Distribution Agreement |
| **George's, Inc.**<br>P.O. Drawer G<br>Springdale, AR 72765-2030 | George's Farms, Inc.<br>George's Processing, Inc. |
| **Hallmark Cards, Incorporated**<br>2501 McGee – Mail Drop 339<br>Kansas City, MO 64141-6126 | Binney & Smith (Australia) Pty. Ltd.<br>Binney & Smith (Europe) Ltd.<br>Binney & Smith Inc.<br>Binney-Smith (Mexico) S.A. de C.V. |

22

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Crown Center Redevelopment Corporation<br>Day Spring Cards, Inc.<br>Gift Certificate Center, Inc. (GCC, Inc., MN)<br>Greenwich Workshop, Inc.<br>Hall's Merchandising, Inc.<br>Tapper Candies, Inc. |
| **Hallmark Cards, Incorporated.**<br>**(continued)** | Hallmark Cards (HK) Limited<br>Hallmark Cards Australia Limited<br>Hallmark Cards Belgium N.V.<br>Hallmark Cards Continental Europe, B.V.<br>Hallmark Cards Iberica, S.A.<br>Hallmark Cards N.Z Limited<br>Hallmark Cards Nederland B.V.<br>Hallmark Cards PLC (Creative Publishing)<br>Hallmark Cards UK Hallmark Cards, Incorporated<br>Hallmark Exports, Incorporated<br>Hallmark Puerto Rico, Inc.<br>Hallmark at Home, Inc.<br>Hallmark Specialty Retail Group, Inc.<br>Image Arts, Inc.<br>InterArt Holding Corporation<br>Irresistible Ink, Inc.<br>Litho-Krome Company<br>Nihon Hallmark KK<br>Retail Plans and Management, Inc.<br>Revell-Monogram, LLC.<br>Sunrise Publications, Inc.<br>The Ensemble Company<br>The Picture People Inc.<br>William Arthur, Inc.<br>William E. Coutts Company, Limited |
| **Highland-Exchange Service**<br>**Cooperative**<br>P.O. Box K-5916 SR 540<br>Waverly, FL 33877-0286 | HESCO |
| **H.J. Heinz Company**<br>60th Floor<br>U.S. Steel Building<br>600 Grant Street<br>Pittsburgh, PA 15219 | H. J. Heinz Company, L.P.<br>Alden-Merrell Corporation<br>All American Gourmet, Inc.<br>Central Commissary Inc.<br>Chef Francisco<br>Classico Foods Division (acquired from Borden Foods, Inc.)<br>Cornucopia, Inc.<br>Escalon Foods, Inc.<br>Escalon Premier Brands |

23

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Ethnic Gourmet Foods, Inc.<br>Foodservice Products Company<br>Heinz Bakery Company<br>Heinz Frozen Food Company<br>Heinz North America<br>Heinz North America Foodservice<br>Heinz U.S.A.<br>IDF Holdings, Inc.<br>International Diverse Foods, Inc.<br>Anchor Food Products, Inc., Retail Division |
| **H.J. Heinz Company<br>(continued)** | O.R.A. Corporation<br>Ore-Ida Foods, Inc.<br>Portion Pac Inc.<br>Quality Chef Foods, Inc.<br>Royal American Foods, Inc.<br>Weight Watchers Gourmet Food Company<br>Yoshida Foods, Inc.<br><br>**Brand Names of H.J. Heinz Company:**<br>Heinz<br>Alden Merrell<br>Bagel Bites<br>Chef Francisco<br>Classico<br>Delimex<br>Dianne's Frozen Desserts<br>Escalon Premier Brands<br>Ethnic Gourmet<br>Jack Daniel's Grilling Sauce<br>Moore's<br>Mr. Yoshida's Sauces<br>Mrs. Grass<br>Ore-Ida<br>Poppers<br>Portion Pac<br>Quality Chef<br>TGIF<br>Todd's<br>Weight Watchers - Smart Ones<br>Wylers |
| **Kraft Foods North America, Inc.**<br>Three Lakes Drive<br>Northfield, IL 60093 | Pollio Italian Cheese Company<br>Oscar Mayer<br>Churny Company Inc.<br>Kraft Pizza Company Inc.<br>Nabisco Inc.<br>Kraft Foods Manufacturing Midwest, Inc. |

24

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Kraft Foods Manufacturing West, Inc.<br>Louis Rich Company |
| **Land O'Lakes, Inc.**<br>P.O. Box 64101<br>St. Paul, MN 55164 | Dairyman's Cooperative Creamery Association<br>Atlantic Dairy Cooperative<br>Alpine Lace Brands, Inc.<br>Madison Dairy Produce Co.<br>Alliance Milk Products, LLC<br>Purina Mills, LLC<br>Eastern Block, Incorporated<br>Moark, L.L.C.<br>Colchester Foods, Inc.<br>Cutler at Abbeville, L.L.C.<br>Cutler at Philadelphia, L.L.C. |
| **Land O Lakes, Inc.**<br>**(continued)** | Delta Egg Farms, INC.<br>Grand Mesa Eggs, Inc.<br>Hi Point Industries, LLC Kofkoff Egg Farm Holdings, LLC<br>Kofkoff Egg Farm L.L.C.<br>Kofkoff Feed, Inc.<br>L & W Egg Products, Inc.<br>McAnally Enterprises, L.L.C.<br>Moark Egg Corporation<br>Moark/Fort Recovery Egg Marketing, L.L.C.<br>Norco Ranch, Inc.<br>Norco Ranch Holding Company, Inc.<br>Pacheco Egg Farms, L.L.C.<br>Premier Farms, L.L.C.<br>Southern New England Egg, L.L.C.<br>Sunbest Foods, L.L.C.<br>Sunbest Foods of Iowa, Inc.<br>Whip-O-Will Egg Farms, L.L.C. |
| **Lorillard Tobacco Company**<br>714 Green Valley Road<br>Greensboro, NC 27408 | None |
| **Malt-O-Meal Company**<br>701 West Fifth Street<br>Northfield, MN 55057 | None |
| **Mattel, Inc.**<br>333 Continental Boulevard<br>M/S M1-1518<br>El Segundo, CA 90245 | 3D Planet, Inc.<br>Almat Toy Company<br>American Girl Music, Inc.<br>American Girl Place, Inc.<br>American Girls Productions Inc. |

25

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | American Girls Place Inc. (New York) |
| | Anhui Berry Blue Toys Co. Ltd. |
| | Arco Toys Ltd. |
| | ArcoToys, Inc. |
| | Aris Multimedia Entertainment, Inc. |
| | Aurimat, S.A de C.V. |
| | Barclays Global Investors, N. A. |
| | Berry Blue Company Ltd. |
| | Broderbund Acquisition Corp. |
| | Broderbund Living Books, Inc. |
| | Broderbund Productions, Inc. |
| | Broderbund Software, Inc. |
| | Cheviot Hills Productions, Inc. |
| | Compact Publishing Company, Inc. |
| | Compton's Learning Company |
| | Compton's New Media, Inc. |
| | Corolle S.A. |
| | CP Assets, Inc. |
| Mattel, Inc. (continued) | Creative Wonders, Inc. |
| | Croner Tyco Pty Ltd. |
| | Croner Tyco Toys Pty. Ltd. |
| | DI Hong Kong |
| | Di Hong Kong Limited |
| | Electrocmap, Inc. |
| | Ensueno Tyco Toys de Mexico SA de CV Far West Insurance |
| | Far West Insurance Company Limited |
| | Fisher-Price Beteiligungs GmbH |
| | Fisher-Price de Mexico S.A. de C.V. |
| | Fisher-Price Foreign Sales Corp. |
| | Fisher-Price N.V. |
| | Fisher-Price Srl. |
| | Fisher-Price Toys Ltd. |
| | Fisher-Price, Inc. (f/k/a FPI, Inc.) |
| | Fisher-Price, N.V. |
| | For Challenged Kids by Mattel, Inc. |
| | Future Vision Holding, Inc. |
| | Future Vision Multimedia, Inc.Go Direct, Inc. |
| | Guangzhou Mattel Toys Technical Consultancy Ltd. |
| | Guangzhou Unitoys Tooling Co. Ltd. |
| | HOOS Communications, Inc. |
| | Illco (UK) Ltd. |
| | Illco Acquisition Corp. |
| | Illco Toy Co., U.S.A. Inc. (f/k/a Tyco Preschool Toys, Inc.) |
| | J.W. Spear & Sons PLC |
| | J.W. Spear & Sons Pty Limited |

26

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | (Mattel Pty. bought assets) J.W. Spear B.V. Juegos California S.A. de C.V. Juguetes Mattel de Venezuela, S.R.L. Kiddicraft (Holdings) Ltd. Kiddicraft Group Ltd. Kiddicraft Ltd. Learning Company Properties, Inc. Learning Services, Inc. Mabamex, S.A. de C.V. Macau Die-Casting Toys Ltd. Macau Toys Ltd. Matchbox Collectibles (Deutschland) Gmbh Matchbox Collectibles Europe Matchbox Collectibles Pty. Ltd. Matchbox Collectibles, Inc. Matchbox Int'l Ltd. (Hong Kong) Matchbox Japan Matchbox Toys (UK) Ltd. Matchbox Toys (USA), LTD Matchbox Toys Pty., Ltd. Mattel (Hong Kong) Ltd. |
| Mattel, Inc. (continued) | Mattel (K.L.) Sdn. Bhd. Mattel (NZ) Limited Mattel A.E.B.E. Mattel A.G. Mattel Argentina, S.A. Mattel B.V. Mattel Canada Inc. Mattel Chile S.A. Mattel China Properties Limited Mattel Colombia S.A. Mattel Comerical Brinquedos Ltda. Mattel Corporation (Pty) Ltd Mattel de Mexico, S.A. de C.V. Mattel de Venezuela, C.A. Mattel Design Services, Inc. Mattel DFC, Inc. Mattel Direct, Inc. Mattel Distribution, Inc. Mattel East Asia Ltd. Mattel Espana, S.A. Mattel Europa B.V. Mattel Europe Holdings B.V. Mattel Factoring, Inc. Mattel Finance, Inc. Mattel France S.A. |

27

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Mattel Gesellschaft m.b.H. |
| | Mattel GmbH |
| | Mattel Group PLC |
| | Mattel Holding, Inc. |
| | Mattel Holdings Limited |
| | Mattel HQ, Inc. |
| | Mattel Hungary Ipari es Kereskedelmi Kft |
| | Mattel, Inc. (f/k/a Tyco Toys, Inc.) |
| | Mattel I., Inc. |
| | Mattel International Holdings B.V. |
| | Mattel Investment, Inc. |
| | Mattel Japan Limited Y.K. |
| | Mattel Latin America HQ, Inc. |
| | Mattel Latin American Export, Inc. |
| | Mattel Limited U.K. |
| | Mattel Malaysia Sdn. Bhd. |
| | Mattel Manufacturing Europe |
| | Mattel Media Productions, Inc. |
| | Mattel Media, Inc. |
| | Mattel Merger Sub, Inc. |
| | Mattel N.V. |
| | Mattel Operations, Inc. |
| | Mattel Overseas, Inc. |
| | Mattel Peru |
| | Mattel Playtime, Inc. (formerly Whamo) |
| Mattel, Inc. (continued) | Mattel Portugal LDA |
| | Mattel Power Wheels, Inc. (f/k/a Kransco) |
| | Mattel Productions I, Inc. |
| | Mattel Productions II, Inc. |
| | Mattel Pty. Ltd. |
| | Mattel Realty Corporation |
| | Mattel RS, Inc. |
| | Mattel Sales Corp. |
| | Mattel Scandinavia A/S |
| | Mattel Service Corp. |
| | Mattel Servicios, S.A. de C.V. |
| | Mattel Songs, Inc.Mattel Southeast Asia Pte Ltd. |
| | Mattel Specialty, Inc. |
| | Mattel Spol S.R.O. |
| | Mattel Sports, Inc. |
| | Mattel Taiwan Corporation |
| | Mattel Tools Sdn. Bhd. |
| | Mattel Toys (Thailand) Limited |
| | Mattel Toys Polska Sp. z.o.o. |
| | Mattel Toys Srl. |
| | Mattel Tyco (UK) Ltd. |
| | Mattel Vendor Operations |

28

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | China Ltd. |
| | Mattel Vendor Operations Asia Ltd. |
| | Mattel Vendor Operations China Ltd. |
| | Mattel, Inc. |
| | Mattel.Com, Inc. |
| | Micrologic Software, Inc. |
| | Microsystems Software, Inc. |
| | Mindscape Holdings, Inc. |
| | Mindscape Inc. |
| | Minnesota Educational Computing Corporation |
| | Montoi S.A. de C.V. (f/k/a Mattel Manufacturas de Monterrey, S.A. de C.V.) |
| | Multimedia Products Corporation |
| | P.T. Mattel Indonesia |
| | Palladium Interactive Direct, Inc. |
| | Palladium Interactive, Inc. |
| | Parsons Technology, Inc. |
| | PF Magic, Inc. |
| | Pictionary, Incorporated |
| | Pleasant Company |
| | Pleasant Company Publications |
| | Pleasant Company Productions |
| | Pleasant Company, Inc. |
| | Precision Moulds Limited |
| | PrintPaks Europe srl |
| Mattel, Inc. (continued) | PrintPaks, Inc. |
| | Priority Software Packaging, Inc. |
| | Purple Moon Media, Inc. |
| | Rancho Park Productions, Inc. |
| | Rivetting Company Ltd. |
| | Shanghai Universal Plastic Toys Co., Ltd |
| | Skills Bank Corporation |
| | Sofsource, Inc. |
| | Software Marketing Corporation |
| | Stategic Simulations, Inc. |
| | T/Maker Company |
| | TEC Direct, Inc. |
| | The Grand Way Association |
| | TLC Education Properties, Inc. |
| | TLC Elanguage Properties, Inc. |
| | TLC Entertainment Properties, Inc. |
| | TLC Eurofunding, Inc. |
| | TLC Foreign Holdings, Inc. |
| | TLC Holdings, Inc. |
| | TLC Multimedia, Inc. |

29

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | TLC Productivity Properties, Inc.<br>Toys Matchbox Sielwaren Gmbh<br>Truck Aquisition Corp.<br>Tyco (Singapore) Pte Ltd<br>Tyco Far East Ltd.<br>Tyco Funding I Corporation<br>Tyco Funding II Corporation<br>Tyco Hong Kong (f/k/a Tyco Asia)<br>Tyco Hong Kong Ltd.<br>Tyco Industries, Inc.<br>(f/k/a Tyco Industries II, Inc.)<br>Tyco Industries II, Inc.<br>Tyco Management I Ltd<br>Tyco Management II Ltd<br>Tyco Manufacturing Corp. (f/k/a Oregon Manufacturing, Inc.)<br>Tyco Mfg. (Europe), Inc.<br>Tyco New Zealand Pty., Ltd.<br>Tyco Preschool Toys, Inc. (f/k/a Playtime Acquisition corp.)<br>Tyco Preschool, Inc.<br>Tyco Services, Inc.<br>Tyco Toys, Inc.<br>Tyco Toys (Canada) Inc. (f/k/a View-Master International, Inc.)<br>Tyco Toys (Espana) SA<br>Tyco Toys (France) SA<br>Tyco Toys (Osterreich) Gmbh<br>Tyco Toys (Switzerland) AG<br>Tyco Toys (UK) Ltd.<br>Tyco Toys Benelux NV<br>Tyco Toys Europe NV |
| **Mattel, Inc.**<br>**(continued)** | Unitotys Ltd<br>Universal (Printing) Investment Ltd.<br>Universal International Holdings<br>Universal Product Innovations<br>Wham-O, Inc.<br>Wordstar Atlanta Technology Center, Inc. |
| **Medline Industries, Inc.**<br>One Medline Place<br>Mundelein, IL 60060 | None |
| **Miller Brewing Company**<br>3939 W. Highland Blvd.<br>Milwaukee, WI 53201-0482 | Jacob Leinenkugel Brewing Company Inc. |
| **Moark, LLC**<br>5627 S. Garrison Avenue | Colchester Foods, Inc.<br>Cutler at Abbeville, L.L.C. |

30

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| Carthage, MO 64836 | Cutler at Philadelphia, L.L.C.<br>Delta Egg Farms, Inc.<br>Egg Express, Inc.<br>Fitchville Realty, Inc.<br>Fitchville Realty Holding, LLC<br>Hi Point Industries, LLC<br>Kofkoff Egg Farm Holdings, LLC<br>Kofkoff Egg Farm L.L.C.<br>Kofkoff Feed, Inc.<br>L&W Egg Products, Inc. McAnally Enterprises, L.L.C.<br>McAnally Enterprises, Inc.<br>Moark Egg Corporation<br>Moark/Fort Recovery Egg Marketing, L.L.C.<br>Norco Ranch, Inc.<br>Norco Ranch Holding Company, Inc.<br>Pacheco Egg Farms, L.L.C.<br>Premier Farms, L.L.C.<br>Southern New England Egg, L.L.C.<br>Sunbest Foods of Iowa, Inc.<br>Whip-O-Will Egg Farms, L.L.C. |
| **Nestle USA, Inc.**<br>800 North Brand Blvd.<br>Glendale, CA 91203 | Nestle Purina PetCare Company<br>Nestle USA - Prepared Foods Division Inc.<br>Nestle Ice Cream Company<br>Nestle Water North America |
| **Newell Rubbermaid Inc.**<br>29 E. Stephenson St.<br>Freeport, IL 61032 | Anchor Hocking Consumer Glass Corporation<br>Newell Holdings Delaware, Inc.<br>Anchor Hocking Inc.<br>Anomatic Corporation<br>Ashland Products, Inc.<br>Berol Corporation<br>Berol Trademarks, Inc.<br>Calphalon Corporation<br>Kramer, Inc.<br>Dakota Balance, Inc.<br>Dalton Stamp & Die, Inc.<br>Eldon France, Inc.<br>Eldon Ventures Inc.<br>Eldon Investment Corporation<br>Furth Corporation<br>Geka Brush Manufacturing Corporation<br>Goody Products, Inc.<br>Graco Children's Products, Inc.<br>Intercraft Company<br>Rubbermaid Closet & Organization Products Company<br>Leidel Corporation<br>Little Tikes Commercial Play Systems Inc. |

31

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
|  | Loral Corporation<br>Newell Bloomsbury Co.<br>Newell Finance Company<br>Newell Financial Trust I<br>Newell Holdings Spain Inc.<br>Newell International Corporation, Limited<br>Newell Investments Inc.<br>Newell Ireland Finance LLC<br>Newell Office Products I, L.P.<br>Newell Office Products Investments, Inc.<br>Newell Operating Company<br>Newell Puerto Rico, Ltd.<br>Newell Risk Management, Inc.<br>Newell Rubbermaid Inc.<br>Newell Window Furnishings, Inc.<br>NR Lending Co. LLC<br>Picture L.L.C.<br>Plastics, Inc.<br>Polypropylene Implementation Corporation<br>Rolodex de Puerto Rico, Inc.<br>Rubbermaid Commercial Products LLC<br>Rubbermaid Europe Holding Inc.<br>Rubbermaid Incorporated<br>Rubbermaid International Sales Corp.<br>Rubbermaid Sales Corp.<br>Rubbermaid Services Corp.<br>Rubbermaid Specialty Products, Inc.<br>Rubbermaid Texas Limited<br>Rubfinco Inc. |
| Newell Rubbermaid Inc. (continued) | Sanford Faber Venezuela, L. L. C.<br>Sanford Investment Company<br>Newell Sales & Marketing Group, Inc.<br>Newell Capital Company LLC<br>Sanford, L. P.<br>Shur-Line Inc.<br>Terbal Corporation<br>The Little Tikes Company<br>The Rubbermaid Foundation<br>Tomcom Corp.<br>Irwin Industrial Tool Company<br><br>Petersen Manufacturing Co., Inc.<br>The Irwin Company<br><br>Unibit Corporation<br>Prosnip Corporation<br>Bergman Tool Mfg. Co., Inc. |

1822889 v1; YS88011.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Petersen Development Corporation<br>ATC Air, Inc.<br>Chesco Corporation<br>American Tool Companies of Arkansas, Inc.<br>American Saw & Mfg. Company, Inc.<br>NRI Insurance Company |
| **OK Foods, Inc.**<br>P.O. Box 1119<br>Fort Smith, AR 72902-1119 | OK Industries, Inc. |
| **Papa John's International, Inc.**<br>P. O. Box 99900<br>Louisville, KY 40269 | PJ Food Service, Inc., |
| **PepsiCo, Inc.**<br>700 Anderson Hill Road<br>Purchase, NY 10577-1444 | The Quaker Oats Company<br>Stokely-Van Camp, Inc.<br>New Century Beverage Company<br>Frito-Lay Inc. (Dallas, TX)<br>Ricot, Inc. (Dallas, TX)<br>Tropicana Products, Inc.<br>Duo Juice Company<br>Golden Grain Company<br><br>**Contract Manufacturers/Tolling Companies:**<br><br>Golden Gem<br>Imperial Flavours<br>Juice Bowl<br>Johanna Foods<br>McCain Citrus<br>Minot Foods |
| **PepsiCo, Inc.<br>(continued)** | Seneca<br>Country Pure<br>Premium Beverage (purchased by Power Packaging)<br>Ventura<br>Vita Pakt<br>Foremost Tree Top<br>Avoset (Morningstar West)<br>Velda Farms (owned by Dean Foods) |
| **Philips Electronics North America Corp.**<br>1251 Avenue of the Americas<br>20th Floor<br>New York, NY 10020 | Philips Lighting Company<br>Philips Medical Systems<br>Philips Consumer Electronics North America<br>Norelco Consumer Products Company<br>Philips Domestic Appliance and Personal Care |

33

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Philips Holding USA, Inc. |
| **Pilgrim's Pride Corporation**<br>110 South Texas Street<br>Pittsburg, TX 75686 | Pilgrim's Pride Corporation of Virginia, Inc.<br>Wampler Foods, Inc.<br>WLR Foods, Inc.<br>WLR Foods<br>Animal Health and Specialties, Inc.<br>Cuddy Farms, Inc.<br>Dominion Poultry<br>Horace W. Longacre, Inc.<br>Horace W. Longacre<br>Glover Feed Mills, Inc.<br>Golden Acre Foods, Inc.<br>Green Acre Foods, Inc.<br>Longacre Poultry Markets, Inc.<br>New Hope Feeds, Inc.<br>New Hope Feeds<br>Pluss-Tex Poultry<br>P T Poultry Growers, Inc.<br>Rockingham Poultry<br>Rockingham Poultry, Inc.<br>Rockingham Poultry Marketing Cooperative, Inc.<br>Rockingham Chicken, Inc.<br>Rockingham Turkey, Inc.<br>Rockingham Poultry Cooperative<br>Rockingham Poultry Marketing Cooperative<br>Round Hill Foods<br>Round Hill Sales, Inc.<br>Round Hill Sales Co., Inc.<br>Wampler-Longacre Farms, Inc.<br>Wampler-Longacre, Inc.<br>Wampler-Longacre-Rockingham, Inc.<br>Wampler-Longacre Chicken, Inc.<br>Wampler-Longacre Turkey, Inc.<br>Wampler Supply Company, Inc. |
| **Pilgrim's Pride Corporation (continued)** | WLRF<br>WLR Poultry Products, Inc.<br>Avicola Pilgrim's Pride De Mexico S.A. de C.V.Compania<br>Incubadora Hidalgo S.A. de C.V.<br>Inmobiliaria Avicola Pilgrim's Pride, S. de R.L.<br>Pilgrim's Pride S.A. de C.V.<br>Gallina Pesada S.A. de C.V.<br>Cassco Ice & Cold Storage, Inc.<br>May Supply Company, Inc. |
| **Premium Standard Farms, Inc.**<br>423 W. 8th Street, Suite 200 | **ContiGroup Companies, Inc.**<br>**(f/k/a Continental Grain Company, Inc.)** |

1622689 v1; YS5901!.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| Kansas City, MO 64105 | |
| **The Procter & Gamble Company**<br>One Procter & Gamble Plaza<br>Cincinnati, OH 45202 | The Procter & Gamble Manufacturing Company<br>The Procter & Gamble Distributing Company<br>The Iams Company<br>Tambrands, Inc.<br>The Folger Coffee Company<br>PUR Water Purification Products, Inc.<br>P&G-Clairol, Inc.<br>Shulton, Inc.<br>Noxell Corporation<br>Millstone Coffee, Inc.<br>Giorgio Beverly Hills, Inc.<br>Procter & Gamble Pharmaceuticals, Inc.<br>Vidal Sassoon Co.<br>Olay Company, Inc.<br>Sundor Brands Inc.<br>The Dover Wipes Company<br>The Procter & Gamble Paper Products Company<br>Maryland Club Foods<br>The Citrus Hill Manufacturing Company<br>Clairol Incorporated<br>Redmond Products, Inc. |
| **Purina Mills, LLC**<br>1401 South Hanley Road<br>St. Louis, MO 63144-2987 | |
| **Ralcorp Holdings, Inc.**<br>800 Market Street<br>St. Louis, MO 63101 | Ralston Foods, Inc.<br>Bremner, Inc.<br>Wortz Company (Poteau, OK)<br>Ripon Foods, Inc. (Ripon, WI)<br>Heritage Wafers, LLC (Ripon, WI)<br>Sugar Kake Cookie, Inc. (Tonawanda, NY)<br>Martin Gillet & Co., Inc. (Baltimore, MD)<br>The Red Wing Company, Inc. (Fredonia, NY) |
| **Ralcorp Holdings, Inc.**<br>**(continued)** | The Trobitt & Castleman Company, LLC (Buckner, KY)<br>Flavor House, Inc. (Dothan, AL)<br>Southern Roasted Nuts of Georgia, Inc. (Fitzgerald, GA)<br>Nutcracker Brands, Inc. (Billerica, MA)<br>James P. Linette, Inc. (Womelsdorf, PA)<br>The Carriage House Companies, Inc. (Fredonia, NY) |
| **Rich Products Corporation**<br>1150 Niagara Street | Rich Products Corporation<br>Rich Products Corporation |

35

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| Buffalo, NY 14213 | Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Rich Products Corporation<br>Casa Di Bertacchi Corporation<br>J.W. Allen & Co.<br>Jon Donaire<br>Artic Freezers, Inc.<br>Byron's, Inc.<br>Rich Products of Canada Limited<br>Rich Products Limited<br>Rich Seapak Corporation<br>Rich Seapak Corporation<br>Rich Seapak Corporation<br>Rich Products Manufacturing Corporation<br>Rich Products Mexico S.A. de C.V.<br>Productos Rich S.A. de C.V.<br>Rich Ice Cream |
| **Schreiber Foods, Inc.**<br>425 Pine Street<br>Green Bay, WI 54301 | Clearfield Cheese Company<br>Schreiber International, Inc.<br>Westland Food Corp.<br>Raskas Dairy, Inc.<br>Raskas Foods, Inc.<br>Raskas Cheese Products of Texas, Inc.<br>Raskas Cheese Products of Pennsylvania, Inc. |
| **Seaboard Corporation**<br>9000 West 67th Street<br>Shawnee Mission, KS 66202 | A & W Interlining Services Corp.<br>A. Fiorillo & Co., LLC<br>Atlantic Salmon (Maine) Limited Liability Company<br>Chestnut Hill Sales, Inc. f/k/a Chestnut Hill Farms, Inc.<br>D & D Farms, LLC<br>Ducktrap River Fish Farm, LLC<br>Holsum Bakers of Puerto Rico, LLC<br>  f/k/a Holsum Bakers of Puerto Rico, Inc.<br>Jacintoport International LLC<br>Jacintoport International LLC<br>Jacintoport International LP<br>Jordan Hatchery<br>Mount Dora Farms, Inc. f/k/a Chestnut Hill Farms. Inc.<br>Port of Miami Cold Storage, Inc. |

36

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | f/k/a Dodge Island Terminal<br>SASCO Engineering Co.<br>Pearman Building<br>Seaboard Corporation<br>Seaboard Farms Food Service<br>Seaboard Farms International<br>Seaboard Farms of Athens, Inc.<br>Seaboard Farms of Canton, Inc.<br>(a division of Seaboard Farms of Elberton)<br>Seaboard Farms of Chattanooga, Inc.<br>(a division of Seaboard Farms of Elberton)<br>Seaboard Farms of Colorado, Inc.<br>Seaboard Farms of Elberton, Inc.<br>Seaboard Farms of Minnesota, Inc.<br>Seaboard Farms of Orlando, Inc.<br>Seaboard Farms, Inc. (f/k/a Seaboard Farms of Oklahoma, Inc.)<br>Seaboard Farms, Inc. d/b/a Seaboard Farms<br>Seaboard Feeds, LLC<br>Seaboard Feeds of Chattanooga<br>Seaboard Flour Corporation<br>Seaboard Grain Company<br>Seaboard Marine Ltd.<br>Seaboard Sales Corporation<br>Superior Farms, LLC |
| **The Sherman-Williams Company**<br>101 Prospect Avenue, NW<br>Cleveland, OH 44115 | Sherwin-Williams Automotive Finishes Corporation<br>Sherwin-Williams Diversified Brands, Inc.<br>Thompson Minwax Company<br>Pratt & Lambert United, Inc. |
| **Simmons Foods, Inc.**<br>P.O. Box 430<br>601 North Hico<br>Siloam Springs, AR 72761 | |
| **SmithKline Beecham Corporation d/b/a GlaxoSmithKline**<br>One Franklin Plaza<br>P.O. Box 7929<br>Philadelphia, PA 19101 | ADA Products Company<br>Bannow Bottlers Limited<br>Beecham Americas, Inc.<br>Beecham, Inc. NJ<br>Block Drug Company, Inc.,<br>Block Drug Corporation<br>Block Drug International, Inc.<br>Block Professional Dental Products<br>Breon Laboratories, Inc.<br>Dentco, Inc.<br>Dungarven, Inc. USA (NJ), International Advertising Services<br>Eskaybe Export Corporation<br>GlaxoSmithKline Consumer Healthcare, L.L.C. |

1622889 v1; YS89011.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | GlaxoSmithKline Consumer Healthcare, L.P.<br>Glaxo Wellcome, Inc.<br>Burroughs Wellcome, Inc.<br>BW USA, Inc.<br>GlaxoSmithKline PLC<br>GlaxoWellcome Biopharmaceuticals, Inc.<br>Glaxo Wellcome Supply, Inc.<br>Huntsville Diagnostic Laboratory, Inc.<br>Penn Labs, Inc.<br>Percos, Inc.<br>Reedco, Inc.<br>SBCL, Inc.<br>SB Pharmco Puerto Rico, Inc.<br>SmithKline Beecham Consumer Brands, L.P.<br>(now known as GlaxoSmithKline Consumer Healthcare, L.P.)<br>SmithKline Beecham Consumer Healthcare, L.L.C.<br>(now known as GlaxoSmithKline Consumer Healthcare L.L.C.)<br>SmithKline Beecham Consumer Products, Inc.<br>SmithKline Beecham Clinical Laboratories, Inc.<br>SmithKline Beecham Corporation (d/b/a GlaxoSmithKline)<br>SmithKline Beecham Diagnostic Systems, Co.<br>SmithKline Beecham Inter-American Corporation<br>SmithKline Beecham Pharmaceuticals, Co.<br>SmithKline Beecham Pharmaceuticals Co.<br>SmithKline Beecham Puerto Rico, Inc.<br>Smith Kline & French Overseas Co.<br>Spectra Biomedical, Inc.<br>Stafford-Miller International, Inc.<br>Sterling Drug<br>Sterling Drug International<br>Sterling Health de Colombia, Inc.<br>Sterling Pharmaceuticals, Inc.<br>Sterling Products International, Incorporated<br>Sterling Products International, Ltd. |
| **SmithKline Beecham Corporation d/b/a GlaxoSmithKline (continued)** | The Sydney Ross Company<br>Tyson Chemicals Limited<br>Valmont, Inc.<br>Winthrop Laboratories |
| **Stepan Company**<br>22 West Frontage Road<br>Northfield, IL 60093 | Stepan Europe SA (France)<br>Stepan Canada, Inc. (Canada)<br>Stepan Mexico, SA De Cv (Mexico)<br>Stepan Deutschland Gmbh (Germany)<br>Stepan Colombiana De Quimicos (Colombia)<br>Stepan Quimica Ltda (Brazil)<br>Stepan Uk Ltd. (United Kingdom) |

1622889 v1; YS8801!.DOC

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| **Tyson Foods, Inc.**<br>2210 West Oaklawn Drive<br>P.O. Box 2020<br>Springdale, AR 72765-2020 | AAFC Holdings, Ltd.<br>AAFC International, Inc.<br>Arctic Alaska Fisheries Corp.<br>Arctic Fisheries<br>Benton Sales, Ltd.<br>Brandywine Food, Inc.<br>Breeder Master, Inc.<br>Brennan Packing Co., Inc.<br>Carneco Foods, LLC<br>Carolina Brand Foods, LLC<br>CBFA Management Corp.<br>Cobb Vantress, Inc.<br>Cobb Breeding Company Ltd.<br>Cobb-Vantress Brazil LTDA<br>Cobb Denmark A/S<br>Cobb Espanola S.A.<br>Cobb France E.U.R.L.<br>Cobb Holland B.V.<br>Cobb Poland B.V.<br>Cobb (Straffon) Ireland, Ltd.<br>Cobb-Turkey<br>Condyne-Jordan's L.L.C.<br>Continental Deli Foods, Inc.<br>Culinary Foods, Inc.<br>DFG Foods, Inc.<br>DFG Foods, L.L.C.<br>Doskocil Food Service Company, LLC<br>Doskocil Food Service Company - Jefferson - LP<br>Doskocil Food Service Company - Texas, LP<br>Doskocil Investments Corporation<br>FBAI Investments Corporation<br>Fil-Am Foods, Inc.<br>Filagri Holdings, Inc.<br>Foodbrands America, Inc.<br>Foodbrands Supply Chain Services, Inc.<br>Forrest City Foods, LLC<br>Gen Ave S.A. |
| **Tyson Foods, Inc.**<br>**(continued)** | Gibbon Packing Co. Inc.<br>Global Employment Services, Inc.<br>Gorges Foodservice, Inc.<br>H & M Food Systems Company, Inc.<br>Henry House, Inc.<br>HFI Acquisition Sub, Inc.<br>HMFS Holdings, Inc.<br>Houston Processing I, Inc.<br>Houston Processing II, Inc.<br>Hudson Foods Foreign Sales, Inc. |

39

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | Hudson Foods, Inc. |
| | Hudson Midwest Foods, Inc. |
| | IBP Branded Foods, Inc. |
| | IBP Food Service, LLC |
| | IBP, iNC. (now known as Tyson Fresh Meats, Inc.) |
| | IBP International, Inc. |
| | IBP International, Inc. Asia |
| | IBP International, Inc. Europe |
| | IBP Service Center Corp. |
| | IHC Acquisition Corp. |
| | International Trading Company, Ltd. |
| | Iowa Ham Canning, Inc. |
| | ITC, L.L.C. |
| | Jac Creative Foods, Inc. |
| | Jac Creative Foods, Inc. (Canada) |
| | Jac Creative Foods of Minnesota |
| | Jac Pac Foods, Ltd. |
| | Jos. Copperfield & Sons, Inc. |
| | KH General, Inc. |
| | Kitty Hawk I, Inc. |
| | KPR Holdings, LP |
| | Lakeside Farm Industries, Ltd. |
| | Lakeside Feeders, Ltd. |
| | Lampass Mexican Foods, LP |
| | Louis Kemp Seafood Company |
| | Mallards Foods Products, Inc. |
| | Madison Foods, Inc. |
| | Matsusaka Farm Company Ltd. |
| | McCarty Farms, Inc. |
| | McCarty Foods, Inc. |
| | Meat Products Exports, Inc. |
| | Nacrail, LLC |
| | National Comp Care, Inc. |
| | North Pacific Freight Service, Inc. |
| | Oaklawn Capital Corporation |
| | Oaklawn Capital - Mississippi, L.L.C. |
| | Oaklawn Sales Ltd. |
| | Off Shores Ventures, Inc. |
| Tyson Foods, Inc. (continued) | Ping Shan Cobb Vantress, Ltd. |
| | Prepared Foods, Inc. |
| | Progenitores Avicola, C.A. |
| | P.T. Cobbindonasa Nunggal |
| | Reproductores Cobb |
| | Rural Energy Systems, Inc. |
| | Shandong Tyson-Da Long Food Company, Ltd. |
| | Shanghai Ocean Wealth Products Corp. |
| | Sui Ping Cobb Vantress, Ltd. |

40

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
|  | Southeast Health Plan of Arkansas, Inc.<br>Southwest Beef Processors, Inc.<br>Specialty Brands, Inc.<br>Supreme Processed Foods, Inc.<br>Tama Meat Packing<br>The Bruss Company<br>The IBP Foods Co.<br>The Pork Group, Inc.<br>TNT Crust, Limited Partnership<br>T–PM Holding Company<br>Trasgo<br>Tri-Venture Trucking, Ltd.<br>TyNet Corporation<br>Tyson Breeders, Inc.<br>Tyson Chicken, Inc.<br>Tyson de Mexico, S.A. de C.V.<br>Tyson Enterprise Protein, Inc.<br>Tyson Enterprise Seafood, Inc.<br>Tyson Export Sales, Inc.<br>Tyson Farms, Inc.<br>Tyson Farms of Texas<br>Tyson Foods of Alabama<br>Tyson Foods Foundation, Inc. (formerly-IBP Foundation, Inc.) 1/1/02<br>Tyson Foods, Inc.<br>Tyson Foreign Sales, Inc.<br>Tyson Holding Company<br>Tyson International Company, Ltd.<br>Tyson International Holding Company<br>Tyson Marketing, Ltd.<br>Tyson Mexican Original, Inc.<br>Tyson Poultry, Inc.<br>Tyson Processing Services, Inc. (Formerly-Columbus Ground Beef, Inc.)<br>Tyson Receivables Corporation<br>Tyson Sales and Distribution, Inc.<br>Tyson Seafood Group, Inc.<br>Tyson Seafood Group - Japan, Inc.<br>Tyson Shared Services, Inc.<br>Ucluelet Seafood Processors, Ltd.<br>Universal Plan Investments |
| **Tyson Foods, Inc. (continued)** | Vernon Calhaun Packing Co. Inc.<br>Venco Research and Breeding Farm, Ltd.<br>Willow Brook Foods, Inc.<br>Wilton Foods, Inc.<br>WLR Acquisition Corp.<br>World Resource, Inc. |

41

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
|  | Wright Brand Foods, Ltd.<br>Zemco Industries, Inc. |
| **Welch Foods Inc., A Cooperative**<br>575 Virginia Road<br>Concord, MA  01742 | None |
| **WestPoint Stevens Inc.**<br>507 West 10th Street<br>West Point, GA  31833 | Alamac Enterprises Inc.<br>Alamac Holdings Inc.<br>Alamac Sub Holdings Inc.<br>Annedeen Machinery Corporation<br>The Arrow Shirt Company<br>Chattahoochee Valley Railway Company<br>Clucity, Inc.<br>Cluett Holdings Corporation<br>Colmel, Inc.<br>Grifftex Chemicals, Inc.<br>Hometown Manufacturing Company, Inc.<br>J.P. Stevens & Co., Inc.<br>J.P. Stevens & Co. Limited<br>J.P. Stevens Enterprises, Inc.<br>Lady Pepperell, Inc.<br>Lanett Holdings Inc.<br>Liebhardt Inc.<br>Liebhardt Mills, Inc.<br>Luxor, Inc.<br>P.J. Flower, Inc.<br>Point Cluett, Inc.<br>Productos Textiles Mision Vieja S.A.<br>Rogers Peet Company<br>Point Cluett, Inc.<br>Shoreham Classics, Inc.<br>Textest, Inc.<br>Valley Fashions Corp.<br>Valley Fashions Tender Corp. |
| **WestPoint Stevens Inc.**<br>**(continued)** | Valley Fashions Subsidiary Corp.<br>West Point-Pepperell Enterprises, Inc.<br>West Point Pepperell (UK) Limited<br>WestPoint Pepperell Properties Limited<br>WestPoint Pepperell Transportation Company<br>WestPoint Stevens Inc. (f/k/a West Point-Pepperell<br>WestPoint Stevens (Asia) Inc.<br>WestPoint Stevens (Canada) Ltd.<br>WestPoint Stevens (Japan) Inc.<br>WestPoint Stevens Stores Inc. (f/k/a WestPoint Pepperell<br>Stores, Inc.) |

42

| COMPANY NAME | SUBSIDIARIES, AFFILIATES, PREDECESSORS, SUCCESSORS, PARTNERS, PARENTS, ASSIGNS, DIVISIONS, AND TRADE/BRAND NAMES |
|---|---|
| | WestPoint Stevens (UK) Limited<br>WestPoint Stevens (Europe) Limited<br>Artway Designs Ltd.<br>DPC Associates Limited<br>Lexward Properties |
| **Xerox Corporation**<br>800 Long Ridge Road<br>Stamford, CT 06904 | Xerox Corporation (Webster, NY)<br>Office Printing Business Group (Wilsonville, OR) (f/k/a Color Printing and Imaging Division of Tektronix Inc.) |
| **YUM! Brands, Inc.**<br>1441 Gardiner Lane<br>Louisville, KY 40213 | Yum Restaurant Services Group, Inc.<br>Pizza Hut, Inc.<br>KFC Holding Co.<br>Taco Bell Corp.<br>Long John Silver's, Inc.<br>Yorkshire Holding, Inc. (A&W Restaurants)<br>Yum Restaurants International, Inc.<br>Unified Foodservice Purchasing Co-op, LLC<br>KFC National Purchasing Co-op, Inc.<br>Taco Bell National Purchasing Co-op, Inc.<br>Pizza Hut National Purchasing Co-op, Inc.<br>Long John Silver's National Purchasing Co-op, Inc.<br>A&W National Purchasing Co-op, Inc. |

1522889 v1; YS69011.DOC

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use only in the Northern District of Illinois.

DOCKETED

JUDGE COAR

MAGISTRATE JUDGE DENLOW

JUN 1 1 2003

**Plaintiff(s): THE PROCTER & GAMBLE COMPANY, ANHEUSER-BUSCH COMPANIES, INC., BAXTER HEALTHCARE CORPORATION, BERRY PACKAGING, INC., BERRY PACKAGING OF SOUTH CAROLINA, BERRY PLASTICS CORPORATION, CAMPBELL SOUP COMPANY, CARDINAL HEALTH 200, INC., CHIQUITA BRANDS INTERNATIONAL, INC., CHOCTAW MAID FARMS, INC., THE CLOROX COMPANY, THE COCA-COLA COMPANY, COCA-COLA ENTERPRISES INC., COLGATE-PALMOLIVE COMPANY, CONTIGROUP COMPANIES, INC., COORS BREWING COMPANY, DAIRY FARMERS OF AMERICA, INC., DOLE FOOD COMPANY, INC., DOMINO'S PIZZA LLC, EASTERN BLOCK, INCORPORATED, E.I. DU PONT DE NEMOURS & COMPANY, EVEREADY BATTERY COMPANY, INC., FAC ACQUISITION, LLC, FARMLAND FOODS, INC., FARMLAND NATIONAL BEEF PACKING COMPANY, L.P., FOSTER POULTRY FARMS, INC., GENERAL MILLS, INC., GEORGE'S, INC., HALLMARK CARDS, INCORPORATED, HIGHLAND-EXCHANGE SERVICE COOPERATIVE, H.J. HEINZ COMPANY, KRAFT FOODS NORTH AMERICA, INC., LAND O'LAKES, INC., LORILLARD TOBACCO COMPANY, MALT-O-MEAL COMPANY, MATTEL, INC., MEDLINE INDUSTRIES, INC., MILLER BREWING COMPANY, MOARK, LLC, NESTLE USA, INC., NESTLE PURINA PETCARE COMPANY, NESTLE USA – PREPARED FOODS DIVISION, INC., NESTLE WATERS NORTH AMERICA, NEWELL**

**Defendant(s): STONE CONTAINER CORP., JEFFERSON SMURFIT CORP., SMURFIT-STONE CONTAINER CORP., INTERNATIONAL PAPER CO., GEORGIA-PACIFIC CORP., WEYERHAEUSER PAPER CO., TEMPLE-INLAND INC., GAYLORD CONTAINER CORP., UNION CAMP CORP., SIMPSON TACOMA KRAFT CO., TENNECO, INC., TENNECO PACKAGING, AND PACKAGING CORPORATION OF AMERICA**

Civil Cover Sheet                                                    Page 2 of 3

**RUBBERMAID, INC., OK FOODS, INC.,**
**PAPA JOHN'S INTERNATIONAL, INC.,**
**PEPSICO, INC., PHILIPS ELECTRONICS**
**NORTH AMERICA CORPORATION,**
**PILGRIM'S PRIDE CORPORATION,**
**PREMIUM STANDARD FARMS,**
**INCORPORATED, PURINA MILLS, LLC,**
**RALCORP HOLDINGS, INC., RICH**
**PRODUCTS CORPORATION, SCHREIBER**
**FOODS, INC., SEABOARD**
**CORPORATION, THE SHERWIN-**
**WILLIAMS COMPANY, SIMMONS**
**FOODS, INC., SMITHKLINE BEECHAM**
**CORPORATION D/B/A**
**GLAXOSMITHKLINE, STEPAN**
**COMPANY, TYSON FOODS, INC., WELCH**
**FOODS INC., A COOPERATIVE,**
**WESTPOINT STEVENS INC., XEROX**
**CORPORATION, AND YUM! BRANDS,**
**INC. AND SUBSIDIARIES AND**
**AFFILIATES LISTED ON ATTACHMENT**
**A OF COMPLAINT**

County of Residence:                        County of Residence:

Plaintiff's Atty:   John F. Kinney, Esq. (and       Defendant's Atty:
                    attached counsel)
                    Freeman, Freeman & Salzman,          See attachment
                    P.C.
                    401 N. Michigan Ave, Suite
                    3200, Chicago IL 60611
                    (312) 222-5100

---

II. Basis of Jurisdiction:      **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal
Parties **(Diversity Cases Only)**
                    Plaintiff:- **N/A**
                    Defendant:- **N/A**

IV. Origin :                    **1. Original Proceeding**

V. Nature of Suit:              **410 Antitrust**

VI.Cause of Action:             **Sherman Act Section 1, Clayton Act Section 4. Plaintiffs allege that**
                                **defendants conspired to increase the prices of linerboard and**
                                **corrugated boxes.**

VII. Requested in Complaint
                    Class Action: **No**
                    Dollar Demand: **To be calculated.**
                    Jury Demand: **Yes**

Civil Cover Sheet                                                                 Page 3 of 3

<u>VIII.</u> This case **IS NOT** a refiling of a previously dismissed case.

Signature: _~~Wm F. King~~_____

Date: ___June 10, 2003_____

If any of this information is incorrect, please go back to the Civil Cover Sheet Input form using the *Back* button in your browser and change it. Once correct, print this form, sign and date it and submit it with your new civil action. **Note: You may need to adjust the font size in your browser display to make the form print properly.**                    Revised: 06/28/00

# Civil Cover Sheet Attachment

I.      Additional Plaintiffs' Counsel

Kenneth L. Adams
R. Bruce Holcomb
Richard J. Leveridge
Elaine Metlin
J. Tara Holubar
Dickstein Shapiro Morin & Oshinsky LLP
2101 L Street, NW
Washington, DC  20037-1526
(202) 785-9700

II.     Additional Defendant's Counsel

Dane Drobney
R. Mark McCareins
Winston & Strawn
35 West Wacker Drive
Chicago, IL  60601


Edward Posner
Paul H. Saint-Antoine
Drinker & Biddle & Reath, LLP
One Logan Square
18th & Cherry Street
Philadelphia, PA  19103-6996


Steven J. Harper
James H. Kurtenbach
James H. Schink
Steven C. Seeger
Timothy A. Duffy
Kirkland & Ellis
200 East Randolph Drive
Chicago, IL  60601


Daniel Huyett
Stevens & Lee
111 North Sixth Street
P.O. Box 679
Reading, PA  19603-0679

III.        Multidistrict Litigation Status

       Plaintiffs will file a Notice of Potential Tag-Along Action before the Judicial Panel on Multidistrict Litigation in In Re: Linerboard Antitrust Litigation, MDL No. 1261, and expect the Panel to transfer this Action to the Eastern District of Pennsylvania for consolidated and/or coordinated pretrial proceedings. A copy of the Notice of Potential Tag-Along Action is attached.

BEFORE THE JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

---

IN RE: LINERBOARD       )
ANTITRUST LITIGATION     )
                               )

MDL Docket No. 1261

## NOTICE OF 'POTENTIAL TAG ALONG ACTION'

To the Clerk of the Multidistrict Panel:

Please take notice that on June 10, 2003, Procter & Gamble Company and a group of other companies ("Plaintiffs") filed a Complaint in the U.S. District Court in the Northern District of Illinois titled Procter & Gamble Company, *et al.* v. Stone Container Corp., *et al.*, Case Number _____ ("the Procter & Gamble *et al* Action"). A copy of the Complaint is attached hereto as Exhibit A.

The Complaint is for antitrust violations arising out of an alleged conspiracy to, *inter alia*, restrict the supply and fix the price of linerboard and corrugated material. The Complaint shares common questions of fact with other complaints for antitrust violations arising out of similar and more wide-ranging conduct that are before this Panel ("the Linerboard Actions"). This Panel has transferred the Linerboard Actions to the U.S. District Court for the Eastern District of Pennsylvania for coordinated and/or consolidated pretrial proceedings pursuant to 28 USC §1407. Plaintiffs submit that the Panel should include the Procter & Gamble *et al* Action in the Order transferring the Linerboard Actions to the District Court for the Eastern District of Pennsylvania.

Dated: June __, 2003

Respectfully submitted,

DICKSTEIN SHAPIRO MORIN &
OSHINSKY LLP

By:_____
    Kenneth L. Adams
    R. Bruce Holcomb
    Richard J. Leveridge
    Elaine Metlin
    2101 L Street, NW
    Washington, DC  20037-1526
    (202) 785-9700

2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

 **DOCKETED** JUN 11 2003

In the Matter of Procter & Gamble Co., *et al.*, v. Stone Container Corp., *et al*

Case Number **03C 3944**

APPEARANCES ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY(S) FOR:

Plaintiffs. See attached list.

JUDGE COAR

MAGISTRATE JUDGE DENLOW

**(A)**
SIGNATURE *Richard J. Leveridge (JFK by permission)*
NAME  Richard J. Leveridge
FIRM  Dickstein Shapiro Morin & Oshinsky, LLP
STREET ADDRESS 2101 L St. NW
CITY/STATE/ZIP Washington, DC 20037-1526
TELEPHONE NUMBER (202) 785-9700   FAX NUMBER (202) 887-0689
E-MAIL ADDRESS leveridger@dsmo.com
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) n/a
MEMBER OF TRIAL BAR?  YES ☐  NO X
TRIAL ATTORNEY?  YES X  NO ☐

**(B)**
SIGNATURE
NAME John F. Kinney
FIRM Freeman, Freeman & Salzman, P.C.
STREET ADDRESS 401 N. Michigan Ave., Suite 3200
CITY/STATE/ZIP Chicago, IL 60611-4207
Tel. No. (312) 222-5100   FAX NUMBER (312) 661-0140
E-MAIL ADDRESS Jkinney@ffspc.com
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE) 01467867
MEMBER OF TRIAL BAR?  YES X  NO ☐
TRIAL ATTORNEY?  YES ☐  NO X
DESIGNATED AS LOCAL COUNSEL?  YES X  NO ☐

**(C)**
SIGNATURE *Elaine Metlin (JFK by permission)*
NAME  Elaine Metlin
FIRM  Dickstein Shapiro Morin & Oshinsky, LLP
STREET ADDRESS 2101 L St. NW
CITY/STATE/ZIP Washington, DC 20037-1526
TELEPHONE NUMBER (202) 785-9700   FAX (202) 887-0689
E-MAIL ADDRESS metline@dsmo.com
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
MEMBER OF TRIAL BAR?  YES ☐  NO X

**(D)**
SIGNATURE *Tara Holubar (JFK by permission)*
NAME Tara Holubar
FIRM Dickstein Shapiro Morin & Oshinsky, LLP
STREET ADDRESS 2101 L St. NW
CITY/STATE/ZIP Washington, DC 20037-1526
TEL. No. (202) 785-9700   FAX (202) 887-0689
E-MAIL ADDRESS holubart@dsmo.com
IDENTIFICATION NUMBER (SEE ITEM 4 ON REVERSE)
MEMBER OF TRIAL BAR?  YES ☐  NO X

13

| TRIAL ATTORNEY? | YES | X | NO | ☐ | TRIAL ATTORNEY? | YES | X | NO | ☐ |
| DESIGNATED AS LOCAL COUNSEL? | YES | ☐ | NO | X | DESIGNATED AS LOCAL COUNSEL? | YES | ☐ | NO | X |

# INSTRUCTIONS FOR COMPLETING APPEARANCE FORM

1. General Information

   Local Rule 53.17 provides that once an attorney has filed an appearance form on behalf of a party, no additional appearances or substitutions may be made without leave of court. The Rule also provides that the attorney may not withdraw without leave of court. Therefore, if more than one attorney is going to represent the party or parties shown on the front of this form, each should complete the attorney appearance section of the form.

   This form is designed to permit the filing of appearances by up to four attorneys who represent the same party or parties. If more than four attorneys representing the same party or parties wish to file appearances, additional forms should be used and the letters (A), (B), (C), and (D) indicating the attorneys should be altered to (E), (F), (G), (H), respectively for the fifth through the eighth attorneys, etc.

2. Listing of Parties for Whom the Attorney is Appearing

   The names of each of the parties represented by the attorney(s) filing the appearance are to be listed on the lines immediately below the words "Appearances are hereby filed by the undersigned as attorney(s) for:". The type of party, e.g., plaintiff, defendant, third party plaintiff, should follow each party. If all of the parties are of the same type, e.g., all parties represented are plaintiffs, then the type of party can be shown at the end of the listing of parties.

3. Completing Attorney Information

   The information requested should be completed for each attorney filing an appearance. Where two or more attorneys are from the same firm, only the first listed from the firm need complete the information for firm name, street address, and city/state/ZIP. The others may indicate "Same as (letter designation of first attorney)."

4. Identification Number

   Attorneys who are members of the Illinois bar should enter the identification number issued to them by the Illinois Attorney Registration and Disciplinary Commission (ARDC). Attorneys who are not members of the Illinois bar should leave this item blank.

5. Attorney (A) and Notices

   Where more than one attorney is listed on the appearance form, all listed will be entered on the docket of the Clerk, as attorneys of record. However, notices will only be mailed to the attorney shown in box (A) on the form except where local counsel has been designated pursuant to Local Rule 83.15 (see below). The attorney is responsible for notifying all other attorneys included on the form of the matter noticed.

   Where appearances are filed on behalf of attorneys representing a state or local government, e.g., states attorney, corporation counsel, the persons filing the appearance may wish to list the name of the assistant who is in active charge of the case in box (A) and the appearance of the head of the agency, e.g., attorney general, corporation counsel, or any other assistant assigned to such cases in subsequent boxes. In that way, the assistant in active charge will receive notice.

6. Appearances and Trial Bar Membership

   All attorneys filing appearances must indicate whether or not they are members of the trial bar of this Court and whether or not they are the attorney who will try the case in the event that it goes to trial.

   In criminal actions, an attorney who is not a member of the trial bar may not file an individual appearance. Pursuant to Local Rule 83.12, a member of the trial bar must accompany such attorney and must also file an appearance.

   In civil actions, an attorney who is not a member of the trial bar should designate the trial bar attorney who will try the case in the event that it goes to trial. If a trial bar attorney is not listed on the initial appearance and the case goes to trial, a trial bar attorney, pursuant to Local Rule 83.17, must obtain leave of court to file an appearance.

7. Designation of Local Counsel

   Pursuant to Local Rule 83.15, an attorney who does not have an office in this District may appear before this Court "only upon having designated, at the time of filing his/her initial notice or pleading, a member of the bar of this Court having an office within this District upon whom service of papers may be made." No attorney having an office in this District may designate local counsel. No attorney may designate more than one attorney as local counsel. Notices will be mailed by the Clerk's Office to both the attorney shown in box (A) and the attorney designated as local counsel.

8. Parties are Required to Consider Alternative Dispute Resolution

   Pursuant to 28 U.S.C. §652(a), all litigants in civil cases pending before this Court are directed to consider the use of an alternative dispute resolution process at the earliest appropriate stage of the litigation. Such process may include mediation, early neutral evaluation, minitrial, or arbitration.

9. Local Rule 3.2 Requires Notification As To Affiliates

   In every action in which an affiliate of a public company is a party, counsel for such party shall file with the Clerk a statement listing each public company of which such party is an affiliate. Where such party is a plaintiff the statement shall be filed with the complaint. Where such party is a defendant the statement shall be filed with the answer or motion in lieu of answer.

# LIST OF PLAINTIFFS

THE PROCTER & GAMBLE COMPANY, ANHEUSER-BUSCH COMPANIES, INC., BAXTER HEALTHCARE CORPORATION, BERRY PACKAGING, INC., BERRY PACKAGING OF SOUTH CAROLINA, BERRY PLASTICS CORPORATION, CAMPBELL SOUP COMPANY, CARDINAL HEALTH 200, INC., CHIQUITA BRANDS INTERNATIONAL, INC., CHOCTAW MAID FARMS, INC., THE CLOROX COMPANY, THE COCA-COLA COMPANY, COCA-COLA ENTERPRISES INC., COLGATE-PALMOLIVE COMPANY, CONTIGROUP COMPANIES, INC., COORS BREWING COMPANY, DAIRY FARMERS OF AMERICA, INC., DOLE FOOD COMPANY, INC., DOMINO'S PIZZA LLC, EASTERN BLOCK, INCORPORATED, E.I. DU PONT DE NEMOURS & COMPANY, EVEREADY BATTERY COMPANY, INC., FAC ACQUISITION, LLC, FARMLAND FOODS, INC., FARMLAND NATIONAL BEEF PACKING COMPANY, L.P., FOSTER POULTRY FARMS, INC., GENERAL MILLS, INC., GEORGE'S, INC., HALLMARK CARDS, INCORPORATED, HIGHLAND-EXCHANGE SERVICE COOPERATIVE, H.J. HEINZ COMPANY, KRAFT FOODS NORTH AMERICA, INC., LAND O'LAKES, INC., LORILLARD TOBACCO COMPANY, MALT-O-MEAL COMPANY, MATTEL, INC., MEDLINE INDUSTRIES, INC., MILLER BREWING COMPANY, MOARK, LLC, NESTLE USA, INC., NESTLE PURINA PETCARE COMPANY, NESTLE USA – PREPARED FOODS DIVISION, INC., NESTLE WATERS NORTH AMERICA, NEWELL RUBBERMAID, INC., OK FOODS, INC., PAPA JOHN'S INTERNATIONAL, INC., PEPSICO, INC., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PILGRIM'S PRIDE CORPORATION, PREMIUM STANDARD FARMS, INCORPORATED, PURINA MILLS, LLC, RALCORP HOLDINGS, INC., RICH PRODUCTS CORPORATION, SCHREIBER FOODS, INC., SEABOARD CORPORATION, THE SHERWIN-WILLIAMS COMPANY, SIMMONS FOODS, INC., SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, STEPAN COMPANY, TYSON FOODS, INC., WELCH FOODS INC., A COOPERATIVE, WESTPOINT STEVENS INC., XEROX CORPORATION, AND YUM! BRANDS, INC. AND SUBSIDIARIES AND AFFILIATES LISTED ON ATTACHMENT A TO COMPLAINT