FILED-EDG
03 JUN 10 PM 3:10
CLERK U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
JUN 1 1 2003

THE PROCTER & GAMBLE COMPANY, ANHEUSER-BUSCH COMPANIES, INC., BAXTER HEALTHCARE CORPORATION, BERRY PACKAGING, INC., BERRY PACKAGING OF SOUTH CAROLINA, BERRY PLASTICS CORPORATION, CAMPBELL SOUP COMPANY, CARDINAL HEALTH 200, INC., CHIQUITA BRANDS INTERNATIONAL, INC., CHOCTAW MAID FARMS, INC., THE CLOROX COMPANY, THE COCA-COLA COMPANY, COCA-COLA ENTERPRISES INC., COLGATE-PALMOLIVE COMPANY, CONTIGROUP COMPANIES, INC., COORS BREWING COMPANY, DAIRY FARMERS OF AMERICA, INC., DOLE FOOD COMPANY, INC., DOMINO'S PIZZA LLC, EASTERN BLOCK, INCORPORATED, E.I. DU PONT DE NEMOURS & COMPANY, EVEREADY BATTERY COMPANY, INC., FAC ACQUISITION, LLC, FARMLAND FOODS, INC., FARMLAND NATIONAL BEEF PACKING COMPANY, L.P., FOSTER POULTRY FARMS, INC., GENERAL MILLS, INC., GEORGE'S, INC., HALLMARK CARDS, INCORPORATED, HIGHLAND-EXCHANGE SERVICE COOPERATIVE, H.J. HEINZ COMPANY, KRAFT FOODS NORTH AMERICA, INC., LAND O'LAKES, INC., LORILLARD TOBACCO COMPANY, MALT-O-MEAL COMPANY, MATTEL, INC., MEDLINE INDUSTRIES, INC., MILLER BREWING COMPANY, MOARK, LLC, NESTLE USA, INC., NESTLE PURINA PETCARE COMPANY, NESTLE USA – PREPARED FOODS DIVISION,

03C 3944

JUDGE COAR

MAGISTRATE JUDGE DENLOW



2

INC., NESTLE WATERS NORTH AMERICA, NEWELL RUBBERMAID, INC., OK FOODS, INC., PAPA JOHN'S INTERNATIONAL, INC., PEPSICO, INC., PHILIPS ELECTRONICS NORTH AMERICA CORPORATION, PILGRIM'S PRIDE CORPORATION, PREMIUM STANDARD FARMS, INCORPORATED, PURINA MILLS, LLC, RALCORP HOLDINGS, INC., RICH PRODUCTS CORPORATION, SCHREIBER FOODS, INC., SEABOARD CORPORATION, THE SHERWIN-WILLIAMS COMPANY, SIMMONS FOODS, INC., SMITHKLINE BEECHAM CORPORATION D/B/A GLAXOSMITHKLINE, STEPAN COMPANY, TYSON FOODS, INC., WELCH FOODS INC., A COOPERATIVE, WESTPOINT STEVENS INC., XEROX CORPORATION, AND YUM! BRANDS, INC., AND SUBSIDIARIES AND AFFILIATES LISTED ON ATTACHMENT A,

PLAINTIFFS,

v.

STONE CONTAINER CORP., JEFFERSON SMURFIT CORP., SMURFIT-STONE CONTAINER CORP., INTERNATIONAL PAPER CO., GEORGIA-PACIFIC CORP., WEYERHAEUSER PAPER CO., TEMPLE-INLAND INC., GAYLORD CONTAINER CORP., UNION CAMP CORP., SIMPSON TACOMA KRAFT CO., TENNECO, INC., TENNECO PACKAGING, AND PACKAGING CORPORATION OF AMERICA,

DEFENDANTS.

FILED
JUN 1 0 2003
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

DOCKETED
JUN 1 1 2003

**DISCLOSURE STATEMENT FOR PLAINTIFFS**

As required by Local Rule 3.2, the following chart identifies the plaintiffs, parent companies, if any, and any publicly-held company that has a ten percent (10%) or greater ownership interest in the plaintiffs.

| PLAINTIFF | PARENT COMPANY(IES) | PUBLICLY HELD COMPANY(IES) WITH 10% OR GREATER INTEREST |
|---|---|---|
| The Procter & Gamble Company | None | None |
| Anheuser-Busch Companies Inc. | None | None |
| Baxter Healthcare Corporation | Baxter International | Baxter International |
| Berry Packaging, Inc. | BRK Holdings, LC | None |
| Berry Packaging of South Carolina | BRK Holdings, LC | None |
| Berry Plastics Corporation | BPC Holding Corp. | None |
| Campbell Soup Company | None | None |
| Cardinal Health 200, Inc. | Allegiance Corporation<br>Cardinal Health (ultimate) | None |
| Chiquita Brands Int'l, Inc. | None | None |
| Choctaw Maid Farms, Inc. | None | None |
| The Clorox Company | None | HC Investments, Inc. |
| The Coca-Cola Company | None | None |
| Coca-Cola Enterprises, Inc. | The Coca-Cola Co. | The Coca-Cola Co. |
| Colgate-Palmolive Company | None | None |
| ContiGroup Companies, Inc. | None | None |
| Coors Brewing Company | Adolph Coors Company | Adolph Coors Company |
| Dairy Farmers of America, Inc. | None | None |
| Dole Food Company, Inc. | None | None |
| Domino's Pizza LLC | Domino's, Inc. | None |
| Eastern Block, Incorporated | None | Eastern Minerals, Inc.<br>Purina Mills, LLC |



2

| PLAINTIFF | PARENT COMPANY(IES) | PUBLICLY HELD COMPANY(IES) WITH 10% OR GREATER INTEREST |
|---|---|---|
| E.I. du Pont de Nemours & Co. | None | None |
| Eveready Battery Company, Inc. | Energizer Holdings, Inc. | None |
| FAC Acquisition, LLC | None | None |
| Farmland Foods, Inc. | Farmland Industries | None |
| Farmland National Beef Packing Company, L.P. | Farmland Industries | None |
| Foster Poultry Farms, Inc. | None | None |
| General Mills, Inc. | None | None |
| George's, Inc. | None | None |
| Hallmark Cards, Incorporated | None | None |
| Highland-Exchange Service Cooperative | None | None |
| H.J. Heinz Company | None | None |
| Kraft Foods North America, Inc. | Kraft Foods, Inc. | Kraft Foods, Inc. |
| Land O'Lakes, Inc. | None | None |
| Lorillard Tobacco Company | Lorillard Inc.<br>Loews Corporation | None |
| Malt-O-Meal Company | None | None |
| Mattel, Inc. | None | None |
| Medline Industries, Inc. | None | None |
| Miller Brewing Company | SABMiller plc | SABMiller plc |
| Moark, LLC | None | Land O'Lakes, Inc.<br>Osborne Investments, LLC |
| Nestle USA, Inc. | Nestle S.A. | None |
| Nestle Purina PetCare Company | Nestle S.A. | None |
| Nestle USA – Prepared Foods Division, Inc. | Nestle S.A. | None |
| Nestle Waters North America | | |
| Newell Rubbermaid, Inc. | None | None |
| OK Foods, Inc. | OK Industries, Inc. | None |
| Papa John's International, Inc. | None | None |
| PepsiCo, Inc. | None | None |
| Philips Electronics North America Corporation | Philips Holding U.S.A. Inc. | Philips Holding U.S.A. Inc. |
| Pilgrim's Pride Corporation | None | None |
| Premium Standard Farms, Incorporated | ContiGroup Companies, Inc. | None |
| Purina Mills, LLC | None | Land O'Lakes Farmland Feed, LLC |
| Ralcorp Holdings, Inc. | None | None |

| PLAINTIFF | PARENT COMPANY(IES) | PUBLICLY HELD COMPANY(IES) WITH 10% OR GREATER INTEREST |
|---|---|---|
| Rich Products Corporation | R E Rich Family Holding Corporation | R E Rich Family Holding Corporation |
| Schreiber Foods, Inc. | None | None |
| Seaboard Corporation | Seaboard Flour Corp. | None |
| The Sherwin-Williams Company | None | None |
| Simmons Foods, Inc. | None | None |
| SmithKline Beecham Corporation d/b/a GlaxoSmithKline | GlaxoSmithKline plc | None |
| Stepan Company | None | None |
| Tyson Foods, Inc. | None | None |
| Welch Foods Inc., A Cooperative | National Grape Co-operative Association Inc. | None |
| WestPoint Stevens Inc. | None | None |
| Xerox Corporation | None | None |
| Yum! Brands, Inc. | None | Southeastern Management Asset, Inc. |

Dated: June 10, 2003

Respectfully submitted,

DICKSTEIN SHAPIRO MORIN & OSHINSKY LLP

| | |
|---|---|
| Lee A. Freeman, Jr.<br>John F. Kinney<br>Freeman, Freeman & Salzman, P.C.<br>401 North Michigan Avenue, Suite 3200<br>Chicago, IL 60611-4207<br>(312) 222-5100<br>Local Counsel for Plaintiffs | By: Richard J. Leveridge<br>Kenneth L. Adams (JFK by permis<br>R. Bruce Holcomb<br>Richard J. Leveridge<br>Elaine Metlin<br>2101 L Street, NW<br>Washington, DC 20037-1526<br>(202) 785-9700<br>Lead Counsel for Plaintiffs |
| | |

In Association With:

Delmer Mitchell
Schmiedeskamp, Robertson,
Neu & Mitchell
P.O. Box 1069
Quincy, IL 62306

Additional Counsel for Plaintiffs Berry Packaging Co., Inc., Berry Packaging of South Carolina, ContiGroup Companies, Inc., Dairy Farmers of America, Inc., Dole Food Company, Inc., Eveready Battery Company, Inc., Farmland Foods, Inc., Farmland National Beef Packing Company, L.P., Hallmark Cards, Inc., Newell-Rubbermaid, Inc., Premium Standard Farms, Inc., and Ralcorp Holdings, Inc.

James M. Lockhart
Lommen, Nelson, Cole & Stageberg, PA
1800 South Eight Street
Minneapolis, MN 55402

Additional Counsel for Eastern Block, Inc., FAC Acquisition, LLC, Land O'Lakes, Inc., Malt-O-Meal Company, Moark, LLC, and Purina Mills, LLC

Richard Ihrig
Jim McCarthy
Linquist & Vennum P.L.L.P.
4200 IDS Center
80 South 8th Street
Minneapolis, MN 55402

Additional Counsel for General Mills, Inc.

Gregory T. St. Ours, Esquire
Wharton, Aldhizer & Weaver, P.L.C.
100 S. Mason Street
P.O. Box 20028
Harrisonburg, VA 22801-7528

Additional Counsel for Pilgrim's Pride Corporation

Joseph D. Carney
Joseph D. Carney & Associates, LLC
2001 Crocker Road
Suite 440
Westlake, OH 44145

Additional Counsel for Chiquita Brands International, Inc. and The Sherwin Williams Company

John R. Elrod, Esq.
Conner & Winters, P.L.L.C.
100 West Center Street
Suite 200
Fayetteville, AR 72701-6081

Additional Counsel for Simmons Foods, LLC

Don A. Smith
Smith, Maurras, Cohen, Redd & Horan, PLC
510 North Greenwood Avenue
P.O. Box 10205
Fort Smith, AR 72917-0205

Additional Counsel for George's, Inc. and OK Foods, Inc.

Gregory B. Conway
Liebmann, Conway, Olejniczak & Jerry, S.C.
231 S. Adams Street
P. O. Box 23200
Green Bay, WI 54305-3200

Additional Counsel for Schreiber Foods, Inc.

James Rodgers
Maura Fay
Dilworth Paxson
3200 Mellon Bank Center
1735 Market Street
Philadelphia, PA 19103

Local Counsel in Philadelphia