A CERTIFIED TRUE COPY

AUG 2 2 2003

ATTEST
FOR THE JUDICIAL PANEL OF
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO/FROM THE
DATE: 8-28-03
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

DOCKET NO. 1261

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

AUG 0 6 2003

FILED
CLERK'S OFFICE

03 C 3944

### BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

### IN RE LINERBOARD ANTITRUST LITIGATION

### (SEE ATTACHED SCHEDULE)

FILED
SEP 10 2003
MICHAEL W.
CLERK, U.S. DI

### CONDITIONAL TRANSFER ORDER (CTO-1)

On February 11, 1999, the Panel transferred three civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. With the consent of that court, all such actions have been assigned to the Honorable Jan E. DuBois.

It appears that the actions on this conditional transfer order involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge DuBois.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Pennsylvania for the reasons stated in the order of February 11, 1999, and, with the consent of that court, assigned to the Honorable Jan E. DuBois.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

AUG 2 2 2003

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

/16

## SCHEDULE CTO-1 - TAG ALONG CASES
## DOCKET NO. 1261
## IN RE LINERBOARD ANTITRUST LITIGATION

DISTRICT DIV. CIVIL ACTION#

ILLINOIS NORTHERN

| | | | |
|---|---|---|---|
| ILN | 1 | 03-3939 | Sara Lee Corp., et al. v. Smurfit Stone Container Corp., et al. |
| ILN | 1 | 03-3944 | Procter & Gamble Co., et al. v. Stone Container Corp., et al. |
| ILN | 1 | 03-3958 | United States Gypsum Co., et al. v. Stone Container Corp., et al. |
| ILN | 1 | 03-3968 | Smithfield Foods, Inc., et al. v. Smurfit Stone Container Corp., et al. |
| ILN | 1 | 03-4049 | Milne Fruit Products, Inc., et al. v. Stone Container Corp., et al. |
| ILN | 1 | 03-4213 | Kellogg Co., et al. v. Smurfit Stone Container Corp., et al. |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 03-1702 | Perdue Farms, Inc. v. Stone Container Corp., et al. |

MINNESOTA

| | | | |
|---|---|---|---|
| MN | 0 | 03-3421 | Hormel Foods Corp., et al. v. Stone Container Corp., et al. |

# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF PENNSYLVANIA
US COURTHOUSE
601 MARKET STREET
PHILADELPHIA, PA 19106-1797

MICHAEL E. KUNZ
CLERK OF COURT

August 28, 2003

CLERK'S OFFICE
ROOM 2609
TELEPHONE
215) 597-

U.S. District Court
Northern District of Illinois
Michael W. Dobbins, Clerk
Everett McKinley Dirksen
U.S. Courthouse
219 South Dearborn Street
Chicago, IL 60604

RE: MDL 1261 - LINERBOARD ANTITRUST
**SEE ATTACHED LIST**

Dear Clerk:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation directing the transfer of the above Civil Action to this district under 28 U.S.C. §1407.

Please enclose a certified copy of the docket entries and a certified copy of the transmittal order when forwarding the original record. Receipt of this order may be acknowledged on the copy of this letter.

Very truly yours,

MICHAEL E. KUNZ
Clerk of Court

By: _____
Sharon Careter, Deputy Clerk
Multidistrict Litigation

enclosure

mdl2